UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN DEWAN, JR., FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

## NOTICE OF REMOVAL

To:    United States District Court
        District of Massachusetts

The petition of the defendants, assert:

1. On or about August 30, 2004, plaintiffs commenced a civil action against the defendants in the Superior Court of the Commonwealth of Massachusetts, County of Suffolk, entitled <u>Maria Rosenthal, et al v. Town of Brookline., et al</u> Civil Action No. 04-3848. A copy of the Complaint served on the defendant Town of Brookline is attached hereto.

2. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 42 U.S.C. Section 1983 and Section 1985, and is one which may be removed to this Court by the defendants pursuant to the provisions of 28 U.S.C. Section 1441. This is an action alleging claims including those arising out of the Constitution of the United States. The defendants file this Notice of Removal within thirty (30) days of receipt of plaintiffs' Complaint and service of Summons upon it pursuant to 28 U.S.C. Section 1446(b).

3. Written notice of the filing of this Notice shall be promptly served upon the plaintiffs and filed with the Clerk of the Suffolk County Superior Court pursuant to 28 U.S.C. Section 1446(d).

1

4.     Pursuant to Local Rule 81.1 of the United States District Court for the District of Massachusetts, the defendants shall file certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries in the state court with this Court.

5      Undersigned counsel has received the assent of all of the served defendants to remove this action.

**WHEREFORE,** petitioners respectfully pray that the action now pending against it in the Superior Court of the Commonwealth of Massachusetts in and for the County of Suffolk be removed to the United States District Court for the District of Massachusetts.

Signed and sworn to under the penalties of perjury this 28 day of September, 2004.

Defendants,
By their attorney,

Douglas I. Louison (BBO # 545191)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 28 day of September, 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: **Jefferson W. Boone, Esq.**, BOONE & HENKOFF, 121 Harvard Avenue, Allston, MA 02134 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146.

Douglas I. Louison