## MERRICK, LOUISON & COSTELLO, LLP
ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com

October 7, 2004

Clerk- Civil Section
United States District Court
One Courthouse Way
Boston, MA 02110

RE: **Maria Rosenthal, et al v. Town of Brookline, et al**
    **USDC CA No.04-12092-DPW**

Dear Sir/Madam:

Pursuant to Local Rule 81.1 of the United States District Court, enclosed please find the certified or attested copies of all records and proceedings previously filed in state court.

If you have any questions, please feel free to contact me. Thank you for your attention to this matter.

Very truly yours,

Douglas I. Louison

enclosure
xc: Jefferson W. Boone, Esq. (w/o enclosures)
    George Driscoll, Jr., Esq.(w/o enclosures)

Suffolk Superior Civil Crt.
04-3848

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-12092 DPW

MARIA ROSENTHAL and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN DEWAN, JR., FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.



## NOTICE OF REMOVAL

To:    United States District Court
       District of Massachusetts

The petition of the defendants, assert:

1. On or about August 30, 2004, plaintiffs commenced a civil action against the defendants in the Superior Court of the Commonwealth of Massachusetts, County of Suffolk, entitled Maria Rosenthal, et al v. Town of Brookline., et al Civil Action No. 04-3848. A copy of the Complaint served on the defendant Town of Brookline is attached hereto.

2. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 42 U.S.C. Section 1983 and Section 1985, and is one which may be removed to this Court by the defendants pursuant to the provisions of 28 U.S.C. Section 1441. This is an action alleging claims including those arising out of the Constitution of the United States. The defendants file this Notice of Removal within thirty (30) days of receipt of plaintiffs' Complaint and service of Summons upon it pursuant to 28 U.S.C. Section 1446(b).

3. Written notice of the filing of this Notice shall be promptly served upon the plaintiffs and filed with the Clerk of the Suffolk County Superior Court pursuant to 28 U.S.C. Section 1446(d).

4. Pursuant to Local Rule 81.1 of the United States District Court for the District of Massachusetts, the defendants shall file certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries in the state court with this Court.

5 Undersigned counsel has received the assent of all of the served defendants to remove this action.

**WHEREFORE**, petitioners respectfully pray that the action now pending against it in the Superior Court of the Commonwealth of Massachusetts in and for the County of Suffolk be removed to the United States District Court for the District of Massachusetts.

Signed and sworn to under the penalties of perjury this ___ day of September, 2004.

Defendants,
By their attorney,

Douglas I. Louison (BBO # 545191)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the ___ day of September, 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: **Jefferson W. Boone, Esq.**, BOONE & HENKOFF, 121 Harvard Avenue, Allston, MA 02134 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146.

Douglas I. Louison

I HEREBY ATTEST AND CERTIFY ON
Oct. 5, 2004
_____, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk

2

MAS-20030912　　　　　　　　　Case 1:04-cv-12092-DPW　　Document 3　　Filed 10/08/2004　　Page 4 of 8　　10/05/2004
leakes　　　　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　　　　　　　10:06 AM
　　　　　　　　　　　　　　　　　　　　SUFFOLK SUPERIOR COURT
　　　　　　　　　　　　　　　　　　　　　　　　Case Summary
　　　　　　　　　　　　　　　　　　　　　　　　　Civil Docket

# SUCV2004-03848
## Rosenthal et al v Brookline et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 08/31/2004 | **Status** | Disposed: transferred to other court (dtrans) | | |
| **Status Date** | 10/05/2004 | **Session** | A - Civil A | | |
| **Origin** | 1 | **Case Type** | E03 - Action against Commonwealth/municpl | | |
| **Lead Case** | | **Track** | A | | |
| **Service** | 11/29/2004 | **Answer** | 01/28/2005 | **Rule12/19/20** | 01/28/2005 |
| **Rule 15** | 11/24/2005 | **Discovery** | 10/20/2006 | **Rule 56** | 12/19/2006 |
| **Final PTC** | 04/18/2007 | **Disposition** | 08/31/2007 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Maria Rosenthal
Active 08/31/2004

**Private Counsel 543732**
Jefferson W Boone
Boone & Henkoff
121 Harvard Avenue
Suite #2
Allston, MA 02134
Phone: 617-782-8210
Fax: 617-782-2582
Active 08/31/2004 Notify

**Plaintiff**
Anina Rasten
Active 08/31/2004

*** See Attorney Information Above ***

**Defendant**
Town of Brookline
Served: 09/24/2004
Served (answr pending) 09/30/2004

**Private Counsel 545191**
Douglas I Louison
Merrick Louison & Costello
67 Batterymarch Street
3rd floor
Boston, MA 02110
Phone: 617-439-0305
Fax: 617-439-0325
Active 10/05/2004 Notify

**Defendant**
Officer Gregory Gillis
Served: 09/24/2004
Served (answr pending) 09/30/2004

*** See Attorney Information Above ***

MAS-20030912     Case 1:04-cv-12092-DPW    Document 3    Filed 10/08/2004    Page 5 of 8    10/05/2004
leakes     Commonwealth of Massachusetts     10:06 AM
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2004-03848
### Rosenthal et al v Brookline et al

| | |
|---|---|
| **Defendant**<br>Officer John Canney<br>Served: 09/24/2004<br>Served (answr pending) 09/30/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Officer John Dewan Jr<br>Service pending 08/31/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Fireman Christopher Merrick<br>Served: 09/24/2004<br>Served (answr pending) 09/30/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>James Cotter<br>Served: 09/24/2004<br>Served (answr pending) 10/04/2004 | |
| **Defendant**<br>Officer John Doe<br>Service pending 08/31/2004 | |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/31/2004 | 1.0 | Affidavit of indigency and Request for Waiver, substitution or state payment of normal fees & costs Allowed forthwith waived in full (MARIA ROSENTHAL) (IMPOUNDED) |
| 08/31/2004 | | Origin 1, Type E03, Track A. |
| 08/31/2004 | 2.0 | Affidavit of indigency and Request for Waiver, substitution or state payment of normal fees & costs Allowed forthwith waived in full (ANINA RASTEN) (IMPOUNDED) |

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

10:06 AM

## SUCV2004-03848
### Rosenthal et al v Brookline et al

| Date | Paper | Text |
|---|---|---|
| 08/31/2004 | 3.0 | Complaint & jury demand on complaint (all issues) |
| 08/31/2004 | 4.0 | Civil action cover sheet filed |
| 09/30/2004 | 5.0 | SERVICE RETURNED: Officer Gregory Gillis(Defendant) (in hand) |
| 09/30/2004 | 6.0 | SERVICE RETURNED: Town of Brookline(Defendant)(in hand) |
| 09/30/2004 | 7.0 | SERVICE RETURNED: Fireman Christopher Merrick(Defendant) (in hand) |
| 09/30/2004 | 8.0 | SERVICE RETURNED: Officer John Canney(Defendant)(in hand) |
| 10/04/2004 | 9.0 | SERVICE RETURNED: James Cotter(Defendant) (last & usual) |
| 10/04/2004 |  | Certified Copy of Petition for removal to US Dist Court of Defts (US Dist#04-12092DPW) |
| 10/05/2004 |  | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

I HEREBY ATTEST AND CERTIFY ON
Oct. 5, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
        Asst. Clerk.

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET#: SUCV2004-03848-A

RE:   Rosenthal et al v Brookline et al

TO:   Jefferson W Boone, Esquire
Boone & Henkoff
121 Harvard Avenue
Suite #2
Allston, MA 02134

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **08/31/2004** the following entry was made on the above referenced docket:

   **Affidavit of indigency and Request for Waiver, substitution or state payment of normal fees & costs Allowed forthwith waived in full (MARIA ROSENTHAL) (IMPOUNDED)**

Dated at Boston, Massachusetts this 1st day of September, 2004.

Michael Joseph Donovan,
Clerk of the Courts

BY: James P Kelly
Assistant Clerk

Telephone: 617-788-8107

I HEREBY ATTEST AND CERTIFY ON Oct. 5, 2004 THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk.

Commonwealth of Massachusetts
County of Suffolk
The Superior Court

CIVIL DOCKET#: SUCV2004-03848-A

RE: Rosenthal et al v Brookline et al

TO: Jefferson W Boone, Esquire
Boone & Henkoff
121 Harvard Avenue
Suite #2
Allston, MA 02134

### NOTICE OF DOCKET ENTRY

You are hereby notified that on 08/31/2004 the following entry was made on the above referenced docket:

**Affidavit of indigency and Request for Waiver, substitution or state payment of normal fees & costs Allowed forthwith waived in full (ANINA RASTEN) (IMPOUNDED)**

Dated at Boston, Massachusetts this 1st day of September, 2004.

Michael Joseph Donovan,
Clerk of the Courts

BY: James P Kelly
Assistant Clerk

Telephone: 617-788-8107

I HEREBY ATTEST AND CERTIFY ON
Oct. 5, 2004
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk.