# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**C.A. No. 04-12092 DPW**

|  |  |
|---|---|
| **MARIA ROSENTHAL & ANINA RASTEN,** <br>    **Plaintiffs** <br> **v.** <br> <br> **TOWN OF BROOKLINE, OFFICER** <br> **GREGORY GILLIS, OFFICER JOHN CANNEY,** <br> **OFFICER JOHN DEWAN, JR.,** <br> **FIREMAN CHRISTOPHER MERRICK,** <br> **JAMES COTTER, OFFICER JOHN DOE** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT TOWN OF BROOKLINE'S MOTION TO DISMISS
## COUNTS VI, VII, XIX, XX AND XXII OF THE PLAINTIFFS' COMPLAINT

Now comes the Defendant, Town of Brookline, and, pursuant to Rule 12(b)(6) of

the Federal Rules of Civil Procedure, requests that this Honorable Court dismiss Counts

VI, VII, XIX, XX and XXII of the Plaintiffs' Complaint against the Town of Brookline.

In support of its Motion the Town of Brookline files herewith its Statement of Reasons in

Support of its Motion to Dismiss.

> Respectfully submitted,
> DEFENDANT,
> Town of Brookline
> By its Attorneys,
>
> George F. Driscoll, Jr.
> BBO #552565
> Jennifer Dopazo
> BBO # 632770
> Office of Town Counsel
> 333 Washington Street
> Brookline, MA 02445
> (617) 730-2190

Dated: October 13, 2004

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

I, George F. Driscoll, Jr. attorney for the Defendant, Town of Brookline hereby certify that I have complied with Local Rule 7.1 (A)(2) by telephoning the office of counsel for the Plaintiffs in an attempt to confer prior to the filing of this Motion.

_____

## CERTIFICATE OF SERVICE

October 14, 2004

I, George F. Driscoll, Jr., hereby certify that I have this day served a copy of the foregoing Motion to Dismiss and Statement of Reasons in Support of its Motion by mailing same to all counsel of record by first class mail.

_____