UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUFFOLK, SS                                        Civil DOCKET# 04-12092 DPW

| | |
|---|---|
| Maria Rosenthal, | ) |
| Anina Rasten | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Brookline, | ) |
| Officer Gregory Gillis, | ) |
| Officer John Canney, | ) |
| Officer John Dewan Jr., | ) |
| Fireman Christopher Merrick, | ) |
| James Cotter | ) |
| Officer John Doe | ) |
|     Defendants. | ) |

## PLAINTIFFS' OPPOSITION TO DEFENDANT, TOWN OF BROOKLINE'S, MOTION TO DISMISS COUNTS VI, VII, XX AND XXII

Now come the Plaintiffs, Maria Rosenthal and Anina Rasten, and hereby OPPOSE the Defendant, Town of Brookline's Motion to Dismiss Counts VI, VII, XX and XXII.

The Plaintiffs ASSENT to the Defendant, Town of Brookline's Motion to Dismiss Count XIX of the Complaint.

In support hereof, please see the attached Memorandum of Reasons.

                                                              The Plaintiffs by their Attorney,

                                                              Jefferson W. Boone, BBO # 543732
                                                             BOONE & HENKOFF
                                                             121 Harvard Avenue, Suite 2
                                                             Allston, Massachusetts 02134
                                                             (617) 782-8210

October 26, 2004