## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

**MARIA ROSENTHAL, and**
**ANINA RASTEN**
     **Plaintiffs,**

v.

**TOWN OF BROOKLINE, OFFICER GREGORY**
**GILLIS, OFFICER JOHN CANNEY, OFFICER**
**JOHN DEWAN, JR., FIREMAN CHRISTOPHER**
**MERRICK, JAMES COTTER, OFFICER JOHN DOE,**
     **Defendants.**

### DEFENDANTS' TOWN OF BROOKLINE, GREGORY GILLIS, JOHN CANNEY, JOHN DEWAN, JR., AND CHRISTOPHER MERRICK ANSWER AND JURY CLAIM

The defendants, Town of Brookline, Gregory Gillis, John Canney, John Dewan, Jr., and Christopher Merrick hereby answer the plaintiffs' complaint as follows. The defendant, Town of Brookline answers only those counts not otherwise more specifically the subject of its pending motion to dismiss.

**Parties:**

1.     The defendants have insufficient information to either admit or deny the allegations contained in paragraph 1.

2.     The defendants have insufficient information to either admit or deny the allegations contained in paragraph 2.

3.     The defendants admit the allegations contained in paragraph 3.

4.     The defendants admit the allegations contained in paragraph 4.

5.     The defendants admit the allegations contained in paragraph 5.

6.     The defendants admit that the defendant Christopher Merrick is employed by the Town of Brookline in the Brookline Fire Department.

7.     The defendants deny the allegations contained in paragraph 7.

1

8.    The defendants have insufficient information to either admit or deny the allegations contained in paragraph 8.

9.    The defendants neither admit nor deny the allegations contained in paragraph 9 as same are not directed to them.

**Facts:**

10.   The defendants admit that the plaintiff was in her apartment on the referenced date.  The defendants deny the remaining allegations contained in paragraph 10.

11.    The defendants have insufficient information to either admit or deny the allegations contained in paragraph 11.

12.   The defendants admit the allegations contained in paragraph 12.

13.   The defendants admit the allegations contained in paragraph 13.

14.   The defendants admit that they obtained a pass key.  The defendants deny the remaining allegations contained in paragraph 14.

15.   The defendants deny the allegations contained in paragraph 15.

16.   The defendants deny the allegations contained in paragraph 16.

17.   The defendants deny the allegations contained in paragraph 17.

18.   The defendants deny the allegations contained in paragraph 18.

19.    The defendants admit the allegations contained in paragraph 19.

20.   The defendants deny the allegations contained in paragraph 20.

21.   The defendants deny the allegations contained in paragraph 21.

22.   The defendants deny the allegations contained in paragraph 22.

23.   The defendants admit the allegations contained in paragraph 23.

24.    The defendants deny the allegations contained in paragraph 24.

**Count I**

The defendants reassert their responses to paragraphs 1-24 as if specifically restated herein.

25.   The defendants deny the allegations contained in paragraph 25.

26.    The defendants deny the allegations contained in paragraph 26.

27.    The defendants deny the allegations contained in paragraph 27.

28.    The defendants deny the allegations contained in paragraph 28.

## Count II

The defendants reassert their responses to paragraphs 1-28 as if specifically restated herein.

29.    The defendants deny the allegations contained in paragraph 29.

30.    The defendants deny the allegations contained in paragraph 30.

31.    The defendants deny the allegations contained in paragraph 31.

## Count III

The defendants reassert their responses to paragraphs 1-31 as if specifically restated herein.

32.    The defendants admit that the plaintiff was arrested. The defendants deny the remaining allegations contained in paragraph 32.

33.    The defendants deny the allegations contained in paragraph 33.

34.    The defendants deny the allegations contained in paragraph 34.

35.    The defendants deny the allegations contained in paragraph 35.

36.    The defendants deny the allegations contained in paragraph 36.

37.    The defendants deny the allegations contained in paragraph 37.

## Count IV

The defendants reassert their responses to paragraphs 1-37 as if specifically restated herein.

38.    The defendants admit that the plaintiff was arrested. The defendants deny the remaining allegations contained in paragraph 38.

39.    The defendants deny the allegations contained in paragraph 39.

40.    The defendants deny the allegations contained in paragraph 40.

41.  The defendants deny the allegations contained in paragraph 41.

42.  The defendants deny the allegations contained in paragraph 42.

43.  The defendants deny the allegations contained in paragraph 43.

**Count V**

The defendants reassert their responses to paragraphs 1-43 as if specifically restated herein.

44.  The defendants have insufficient information to either admit or deny the allegations contained in paragraph 44.

45.  The defendants deny the allegations contained in paragraph 45.

**Count VI**

The defendants reassert their responses to paragraphs 1-45 as if specifically restated herein.

46.  The defendants deny the allegations contained in paragraph 46.

47.  The defendants deny the allegations contained in paragraph 47.

48.  The defendants deny the allegations contained in paragraph 48.

49.  The defendants deny the allegations contained in paragraph 49. The defendant, Town of Brookline further relies on its motion to dismiss.

**Count VII**

The defendants reassert their responses to paragraphs 1-49 as if specifically restated herein.

50.  The defendants deny the allegations contained in paragraph 50.

51.  The defendants deny the allegations contained in paragraph 51.

52.  The defendants deny the allegations contained in paragraph 52.

53.  The defendants deny the allegations contained in paragraph 53. The defendant, Town of Brookline further relies on its motion to dismiss.

4

**Count VIII**

The defendants reassert their responses to paragraphs 1-53 as if specifically restated herein.

54.    The defendants deny the allegations contained in paragraph 54.

55.    The defendants deny the allegations contained in paragraph 55.

56.    The defendants deny the allegations contained in paragraph 56.

57.    The defendants deny the allegations contained in paragraph 58.

**Count IX**

The defendants reassert their responses to paragraphs 1-57 as if specifically restated herein.

58.    The defendants deny the allegations contained in paragraph 58.

59.    The defendants deny the allegations contained in paragraph 59.

60.    The defendants deny the allegations contained in paragraph 60.

61.    The defendants deny the allegations contained in paragraph 61.

62.    The defendants deny the allegations contained in paragraph 62.

**Count X**

The defendants reassert their responses to paragraphs 1-62 as if specifically restated herein.

63.    The defendants deny the allegations contained in paragraph 63.

64.    The defendants deny the allegations contained in paragraph 64.

65.    The defendants deny the allegations contained in paragraph 65.

66.    The defendants deny the allegations contained in paragraph 66.

**Count XI**

The defendants reassert their responses to paragraphs 1-66 as if specifically restated herein

67.    The defendants deny the allegations contained in paragraph 67.

68.   The defendants deny the allegations contained in paragraph 68.

69.   The defendants deny the allegations contained in paragraph 69.

70.   The defendants deny the allegations contained in paragraph 70.

**Count XII**

The defendants reassert their responses to paragraphs 1-70 as if specifically restated herein

71.   The defendants deny the allegations contained in paragraph 71.

72.   The defendants deny the allegations contained in paragraph 72.

73.   The defendants deny the allegations contained in paragraph 73.

74.   The defendants deny the allegations contained in paragraph 74.

75.   The defendants deny the allegations contained in paragraph 75.

**Count XIII**

The defendants reassert their responses to paragraphs 1-75 as if specifically restated herein

76.   The defendants deny the allegations contained in paragraph 76.

77.   The defendants deny the allegations contained in paragraph 77.

78.   The defendants deny the allegations contained in paragraph 78.

79.   The defendants deny the allegations contained in paragraph 79.

80.   The defendants deny the allegations contained in paragraph 80.

**Count XIV**

The defendants reassert their responses to paragraphs 1-80 as if specifically restated herein

81.   The defendants deny the allegations contained in paragraph 81.

82.   The defendants deny the allegations contained in paragraph 82.

83.   The defendants deny the allegations contained in paragraph 83.

**Count XV**

  The defendants reassert their responses to paragraphs 1-83 as if specifically restated herein

84. The defendants deny the allegations contained in paragraph 84.

85. The defendants deny the allegations contained in paragraph 85.

86. The defendants deny the allegations contained in paragraph 86.

**Count XVI**

  The defendants reassert their responses to paragraphs 1-86 as if specifically restated herein

87. The defendants deny the allegations contained in paragraph 87.

88. The defendants deny the allegations contained in paragraph 88.

89. The defendants deny the allegations contained in paragraph 89.

90. The defendants deny the allegations contained in paragraph 90.

91. The defendants deny the allegations contained in paragraph 91.

**Count XVII**

  The defendants reassert their responses to paragraphs 1-91 as if specifically restated herein

92. The defendants deny the allegations contained in paragraph 92.

93. The defendants deny the allegations contained in paragraph 93.

94. The defendants deny the allegations contained in paragraph 94.

95. The defendants deny the allegations contained in paragraph 95.

96. The defendants deny the allegations contained in paragraph 96.

**Count XVIII**

  The defendants reassert their responses to paragraphs 1-99 as if specifically restated herein

97. The defendants deny the allegations contained in paragraph 97.

98. The defendants deny the allegations contained in paragraph 98.

99. The defendants deny the allegations contained in paragraph 99.

100. The defendants deny the allegations contained in paragraph 100.

101. The defendants deny the allegations contained in paragraph 101.

## Count XIX

The defendants reassert their responses to paragraphs 1-101 as if specifically restated herein

102. The defendants deny the allegations contained in paragraph 102.

103. The defendants deny the allegations contained in paragraph 103.

104. The defendants deny the allegations contained in paragraph 104.

105. The defendants deny the allegations contained in paragraph 105.

## Count XX

The defendants reassert their responses to paragraphs 1-105 as if specifically restated herein

106. The defendants deny the allegations contained in paragraph 106.

107. The defendants deny the allegations contained in paragraph 107.

108. The defendants deny the allegations contained in paragraph 108.

109. The defendants deny the allegations contained in paragraph 109.  The defendant, Town of Brookline further relies on its motion to dismiss.

## Count XXI

The defendants reassert their responses to paragraphs 1-109 as if specifically restated herein

110. The defendants deny the allegations contained in paragraph 110.

111. The defendants deny the allegations contained in paragraph 111.

112. The defendants deny the allegations contained in paragraph 112.

113. The defendants deny the allegations contained in paragraph 113.

**Count XXII**

The defendants reassert their responses to paragraphs 1-113 as if specifically restated herein

114.    The defendants deny the allegations contained in paragraph 114.

115.    The defendants deny the allegations contained in paragraph 115.

116.    The defendants deny the allegations contained in paragraph 116.  The defendant, Town of Brookline further relies on its motion to dismiss.

117.    The defendants deny the allegations contained in paragraph 117.

118.    The defendants deny the allegations contained in paragraph 118.

**Count XXII**

The defendants reassert their responses to paragraphs 1-118 as if specifically restated herein

119-123.    The defendants neither admit nor deny the allegations contained in paragraphs 119- 123  as same are not directed to them.

**Count XXIV**

The defendants reassert their responses to paragraphs 1-123 as if specifically restated herein

124-128.    The defendants neither admit nor deny the allegations contained in paragraphs 124-128 as same are not directed to them.

**Count XXV**

The defendants reassert their responses to paragraphs 1-128 as if specifically restated herein

129-132.    The defendants neither admit nor deny the allegations contained in paragraphs 129- 132 as same are not directed to them.

## Count XXVI

The defendants reassert their responses to paragraphs 1-132 as if specifically restated herein

133-137.    The defendants neither admit nor deny the allegations contained in paragraphs 133-137 as same are not directed to them.

## Count XXVII

The defendants reassert their responses to paragraphs 1-137 as if specifically restated herein

138-142.    The defendants neither admit nor deny the allegations contained in paragraphs 138-142 as same are not directed to them.

## Count XXVIII

The defendants reassert their responses to paragraphs 1-142 as if specifically restated herein

143-147.    The defendants neither admit nor deny the allegations contained in paragraphs 143-147 as same are not directed to them.

## Count XXIX

The defendants reassert their responses to paragraphs 1-147 as if specifically restated herein

148-152.    The defendants neither admit nor deny the allegations contained in paragraphs 148-152 as same are not directed to them.

## Count XXX

The defendants reassert their responses to paragraphs 1-152 as if specifically restated herein

153-157.    The defendants neither admit nor deny the allegations contained in paragraphs 153-157 as same are not directed to them.

Wherefore, the defendants demand judgment in their favor together with costs and attorneys fees.

## DEMAND FOR JURY TRIAL

The defendants request a trial by jury on all counts.

## AFFIRMATIVE DEFENSES

### First

The plaintiffs have failed to state a claim for which relief may be granted.

### Second

The plaintiffs have failed to commence their action within the applicable statute of limitations and thus their claims are time barred.

### Third

The plaintiffs have failed to properly effectuate service of process upon the defendants.

### Fourth

The individual defendants acted objectively reasonably under the circumstances and are qualifiedly immune from liability.

### Fifth

The plaintiffs' own criminal conduct caused or contributed to any alleged damages or physical harm incurred.

### Sixth

The plaintiffs' damages or physical harm allegedly incurred was caused by a person or persons for whom the defendants are not legally responsible.

### Seventh

The defendants acted with probable cause and legal justification.

### Eighth

The plaintiffs have failed to properly effectuate notice of claim as a perquisite to suit.  As such, plaintiffs' sounding in negligence are statutorily barred.

11

**Ninth**

The defendants say that the plaintiffs were more than fifty percent negligent in causing or contributing to the incident or injuries alleged and therefore, the plaintiffs cannot recover, or any verdict or finding in her favor must be reduced by the percentage of negligence attributed to said plaintiff.

Defendants,
By their attorney,

Douglas I. Louison (BBO # 545191)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 3 day of November, 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: **Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 121 Harvard Avenue, Allston, MA 02134 and **George Driscoll, Jr., Esq.,** Town of Brookline, 333 Washington Street, Brookline, MA 02146 and James Cotter, 61 Park Street, #4, Brookline, MA 02146.

Douglas I. Louison