UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN DEWAN, JR., FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

## JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties have conferred and state as follows:

1. **Joint Discovery Plan and Motion Schedule:**

   The parties propose the following pre-trial schedule:

   (a) Automatic document disclosure to be completed on or before January 15, 2005.

   (b) Written discovery requests are to be filed by May 15, 2005, and answers\responses are to be filed within the time provided by the rules;

   (c) All depositions are to be completed by June 15, 2005, except for expert witnesses;

   (d) The plaintiffs' expert witnesses shall be designated by August 15, 2005, and defendants' expert witnesses shall be designated within the time allowed by the Local Rules after plaintiff discloses said expert(s) as contemplated by Fed. R. Civ. P. 26(b)(4)(A); designation of experts shall include provision of any information required by the Federal Rules of Civil Procedure and/or the Local Rules of the District of Massachusetts; any expert depositions shall be completed within the time allowed by the Local Rules of defendants' expert designation;

(e) All dispositive motions are to be filed by September 30, 2005, and responses are to be filed thereafter pursuant to Local Rule 7.1;

(f) The plaintiff shall name other parties, if any, not later than May 30, 2005;

(g) A final pre-trial conference will be held per order of the Court.

2. Defendants intend to take approximately 6 depositions during the discovery period. Plaintiff intends to take approximately 4 depositions during discovery period, depending upon written discovery responses.

3. Certifications regarding each parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

Plaintiffs,
by their attorney,

_____
Jefferson W. Boone, Esq.
BOONE & HENKOFF
121 Harvard Avenue
Allston, MA 02134

Defendants,
By their Attorney,

_____
Douglas I. Louison   BBO# 545191
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

**MARIA ROSENTHAL, and
ANINA RASTEN
   Plaintiffs,**

v.

**TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN DEWAN, JR., FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
   Defendants.**

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, George Driscoll, Town Counsel, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution on behalf of the Town of Brookline.

Defendant,

_____
George Driscoll
Town Counsel

Defendant, by his attorney,

_____
Douglas I. Louison (BBO# 545191)
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305