UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

### DEFENDANTS' TOWN OF BROOKLINE, GREGORY GILLIS, JOHN CANNEY, JOHN L. SULLIVAN, AND CHRISTOPHER MERRICK ANSWER TO PLAINTIFFS' AMENDED COMPLAINT AND JURY CLAIM

    The defendants, Town of Brookline, Gregory Gillis, John Canney, John L. Sullivan, and Christopher Merrick hereby answer the plaintiffs' complaint as follows. The defendant, Town of Brookline answers only those counts not otherwise more specifically the subject of its pending motion to dismiss.

**Parties:**

1. The defendants have insufficient information to either admit or deny the allegations contained in paragraph 1.

2. The defendants have insufficient information to either admit or deny the allegations contained in paragraph 2.

3. The defendants admit the allegations contained in paragraph 3.

4. The defendants admit the allegations contained in paragraph 4.

5. The defendants admit the allegations contained in paragraph 5.

6. The defendants admit that the defendant Christopher Merrick is employed by the Town of Brookline in the Brookline Fire Department.

7. The defendants admit the allegations contained in paragraph 7.

8. The defendants have insufficient information to either admit or deny the allegations contained in paragraph 8.

9. The defendants neither admit nor deny the allegations contained in paragraph 9 as same are not directed to them.

**Facts:**

10. The defendants admit that the plaintiff was in her apartment on the referenced date. The defendants deny the remaining allegations contained in paragraph 10.

11. The defendants have insufficient information to either admit or deny the allegations contained in paragraph 11.

12. The defendants admit the allegations contained in paragraph 12.

13. The defendants admit the allegations contained in paragraph 13.

14. The defendants admit that they obtained a pass key. The defendants deny the remaining allegations contained in paragraph 14.

15. The defendants deny the allegations contained in paragraph 15.

16. The defendants deny the allegations contained in paragraph 16.

17. The defendants deny the allegations contained in paragraph 17.

18. The defendants deny the allegations contained in paragraph 18.

19. The defendants admit the allegations contained in paragraph 19.

20. The defendants deny the allegations contained in paragraph 20.

21. The defendants deny the allegations contained in paragraph 21.

22. The defendants deny the allegations contained in paragraph 22.

23. The defendants admit the allegations contained in paragraph 23.

24. The defendants deny the allegations contained in paragraph 24.

**Count I**

The defendants reassert their responses to paragraphs 1-24 as if specifically restated herein.

25. The defendants deny the allegations contained in paragraph 25.

26. The defendants deny the allegations contained in paragraph 26.

27. The defendants deny the allegations contained in paragraph 27.
28. The defendants deny the allegations contained in paragraph 28.

**Count II**

The defendants reassert their responses to paragraphs 1-28 as if specifically restated herein.

29. The defendants deny the allegations contained in paragraph 29.
30. The defendants deny the allegations contained in paragraph 30.
31. The defendants deny the allegations contained in paragraph 31.

**Count III**

The defendants reassert their responses to paragraphs 1-31 as if specifically restated herein.

32. The defendants admit that the plaintiff was arrested. The defendants deny the remaining allegations contained in paragraph 32.
33. The defendants deny the allegations contained in paragraph 33.
34. The defendants deny the allegations contained in paragraph 34.
35. The defendants deny the allegations contained in paragraph 35.
36. The defendants deny the allegations contained in paragraph 36.
37. The defendants deny the allegations contained in paragraph 37.

**Count IV**

The defendants reassert their responses to paragraphs 1-37 as if specifically restated herein.

38. The defendants admit that the plaintiff was arrested. The defendants deny the remaining allegations contained in paragraph 38.
39. The defendants deny the allegations contained in paragraph 39.
40. The defendants deny the allegations contained in paragraph 40.
41. The defendants deny the allegations contained in paragraph 41.
42. The defendants deny the allegations contained in paragraph 42.

43. The defendants deny the allegations contained in paragraph 43.

**Count V**

The defendants reassert their responses to paragraphs 1-43 as if specifically restated herein.

44. The defendants have insufficient information to either admit or deny the allegations contained in paragraph 44.
45. The defendants deny the allegations contained in paragraph 45.

**Count VI**

The defendants reassert their responses to paragraphs 1-45 as if specifically restated herein.

46. The defendants deny the allegations contained in paragraph 46.
47. The defendants deny the allegations contained in paragraph 47.
48. The defendants deny the allegations contained in paragraph 48.

**Count VII**

The defendants reassert their responses to paragraphs 1-48 as if specifically restated herein.

49. The defendants deny the allegations contained in paragraph 49.
50. The defendants deny the allegations contained in paragraph 50.
51. The defendants deny the allegations contained in paragraph 51.

**Count VIII**

The defendants reassert their responses to paragraphs 1-51 as if specifically restated herein.

52. The defendants deny the allegations contained in paragraph 52.
53. The defendants deny the allegations contained in paragraph 53.
54. The defendants deny the allegations contained in paragraph 54.
55. The defendants deny the allegations contained in paragraph 55.

**Count IX**

The defendants reassert their responses to paragraphs 1-55 as if specifically restated herein.

56. The defendants deny the allegations contained in paragraph 56.
57. The defendants deny the allegations contained in paragraph 57.
58. The defendants deny the allegations contained in paragraph 58.
59. The defendants deny the allegations contained in paragraph 59.
60. The defendants deny the allegations contained in paragraph 60.

**Count X**

The defendants reassert their responses to paragraphs 1-60 as if specifically restated herein.

61. The defendants deny the allegations contained in paragraph 61.
62. The defendants deny the allegations contained in paragraph 62.
63. The defendants deny the allegations contained in paragraph 63.
64. The defendants deny the allegations contained in paragraph 64.

**Count XI**

The defendants reassert their responses to paragraphs 1-64 as if specifically restated herein

65. The defendants deny the allegations contained in paragraph 65.
66. The defendants deny the allegations contained in paragraph 66.
67. The defendants deny the allegations contained in paragraph 67.
68. The defendants deny the allegations contained in paragraph 68.

**Count XII**

The defendants reassert their responses to paragraphs 1-68 as if specifically restated herein

69. The defendants deny the allegations contained in paragraph 69.

70. The defendants deny the allegations contained in paragraph 70.
71. The defendants deny the allegations contained in paragraph 71.
72. The defendants deny the allegations contained in paragraph 72.
73. The defendants deny the allegations contained in paragraph 73.

**Count XIII**

The defendants reassert their responses to paragraphs 1-73 as if specifically restated herein

74. The defendants deny the allegations contained in paragraph 74.
75. The defendants deny the allegations contained in paragraph 75.
76. The defendants deny the allegations contained in paragraph 76.
77. The defendants deny the allegations contained in paragraph 77.
78. The defendants deny the allegations contained in paragraph 78.

**Count XIV**

The defendants reassert their responses to paragraphs 1-78 as if specifically restated herein

79. The defendants deny the allegations contained in paragraph 79.
80. The defendants deny the allegations contained in paragraph 80.
81. The defendants deny the allegations contained in paragraph 81.

**Count XV**

The defendants reassert their responses to paragraphs 1-81 as if specifically restated herein

82. The defendants deny the allegations contained in paragraph 82.
83. The defendants deny the allegations contained in paragraph 83.
84. The defendants deny the allegations contained in paragraph 84.

**Count XVI**

The defendants reassert their responses to paragraphs 1-84 as if specifically restated

herein

85. The defendants deny the allegations contained in paragraph 85.
86. The defendants deny the allegations contained in paragraph 86.
87. The defendants deny the allegations contained in paragraph 87.
88. The defendants deny the allegations contained in paragraph 88.
89. The defendants deny the allegations contained in paragraph 89.

**Count XVII**

The defendants reassert their responses to paragraphs 1-89 as if specifically restated herein

90. The defendants deny the allegations contained in paragraph 90.
91. The defendants deny the allegations contained in paragraph 91.
92. The defendants deny the allegations contained in paragraph 92.
93. The defendants deny the allegations contained in paragraph 93.
94. The defendants deny the allegations contained in paragraph 94.

**Count XVIII**

The defendant reassert his responses to paragraphs 1-94 as if specifically restated herein

95. The defendant denies the allegations contained in paragraph 95.
96. The defendant denies the allegations contained in paragraph 96.
97. The defendant denies the allegations contained in paragraph 97.
98. The defendant denies the allegations contained in paragraph 98.
99. The defendant denies the allegations contained in paragraph 99.

**Count XIX**

The defendant reassert his responses to paragraphs 1-99 as if specifically restated herein

100. The defendant denies the allegations contained in paragraph 100.
101. The defendant denies the allegations contained in paragraph 101.
102. The defendant denies the allegations contained in paragraph 102.
103. The defendant denies the allegations contained in paragraph 103.

**Count XX**

The defendant reassert his responses to paragraphs 1-103 as if specifically restated herein

104. The defendant denies the allegations contained in paragraph 104.
105. The defendant denies the allegations contained in paragraph 105.
106. The defendant denies the allegations contained in paragraph 106.

**Count XXI**

The defendant reassert his responses to paragraphs 1-106 as if specifically restated herein

107. The defendant denies the allegations contained in paragraph 107.
108. The defendant denies the allegations contained in paragraph 108.
109. The defendant denies the allegations contained in paragraph 109.
110. The defendant denies the allegations contained in paragraph 110.

**Count XXIII**

The defendants reassert their responses to paragraphs 1-110 as if specifically restated herein

111-115. The defendants neither admit nor deny the allegations contained in paragraphs 111-115 as same are not directed to them.

**Count XXIV**

The defendants reassert their responses to paragraphs 1-115 as if specifically restated herein

116-120. The defendants neither admit nor deny the allegations contained in paragraphs 116-120 as same are not directed to them.

**Count XXV**

The defendants reassert their responses to paragraphs 1-120 as if specifically restated herein

121-124. The defendants neither admit nor deny the allegations contained in paragraphs

121-124 as same are not directed to them.

**Count XXVI**

The defendants reassert their responses to paragraphs 1-124 as if specifically restated herein

125-129.    The defendants neither admit nor deny the allegations contained in paragraphs 125-129 as same are not directed to them.

**Count XXVII**

The defendants reassert their responses to paragraphs 1-129 as if specifically restated herein

130-134.    The defendants neither admit nor deny the allegations contained in paragraphs 130-134 as same are not directed to them.

**Count XXVIII**

The defendants reassert their responses to paragraphs 1-134 as if specifically restated herein

135-139.    The defendants neither admit nor deny the allegations contained in paragraphs 135-139 as same are not directed to them.

**Count XXIX**

The defendants reassert their responses to paragraphs 1-139 as if specifically restated herein

140-144.    The defendants neither admit nor deny the allegations contained in paragraphs 140-144 as same are not directed to them.

**Count XXX**

The defendants reassert their responses to paragraphs 1-144 as if specifically restated herein

145-149.    The defendants neither admit nor deny the allegations contained in paragraphs

154-149 as same are not directed to them.

Wherefore, the defendants demand judgment in their favor together with costs and attorneys fees.

## DEMAND FOR JURY TRIAL

The defendants request a trial by jury on all counts.

## AFFIRMATIVE DEFENSES

**First**

The plaintiffs have failed to state a claim for which relief may be granted.

**Second**

The plaintiffs have failed to commence their action within the applicable statute of limitations and thus their claims are time barred.

**Third**

The plaintiffs have failed to properly effectuate service of process upon the defendants.

**Fourth**

The individual defendants acted objectively reasonably under the circumstances and are qualifiedly immune from liability.

**Fifth**

The plaintiffs' own criminal conduct caused or contributed to any alleged damages or physical harm incurred.

**Sixth**

The plaintiffs' damages or physical harm allegedly incurred was caused by a person or persons for whom the defendants are not legally responsible.

**Seventh**

The defendants acted with probable cause and legal justification.

**Eighth**

The plaintiffs have failed to properly effectuate notice of claim as a perquisite to suit. As such, plaintiffs' sounding in negligence are statutorily barred.

**Ninth**

The defendants say that the plaintiffs were more than fifty percent negligent in causing or contributing to the incident or injuries alleged and therefore, the plaintiffs cannot recover, or any verdict or finding in her favor must be reduced by the percentage of negligence attributed to said plaintiff.

                Defendants,
                By their attorney,


                /s/ Douglas I. Louison
                Douglas I. Louison (BBO # 545191)
                MERRICK, LOUISON & COSTELLO
                67 Batterymarch Street
                Boston, MA 02110
                (617) 439-0305