UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

## Certificate Pursuant to Local Rule 7.1(a)(2)

Counsel for the moving defendants, Douglas I. Louison, Esq., certifies pursuant to L.R. 7.1(a)(2) that he has attempted to confer in a good faith with plaintiff's counsel to attempt to resolve the within motion but has failed to reach agreement.

                                      Defendants,
                                      By their attorney,

                                      Douglas I. Louison (BBO # 545191)
                                      MERRICK, LOUISON & COSTELLO
                                      67 Batterymarch Street
                                      Boston, MA 02110
                                      (617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 13 day of April, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: **Jefferson W. Boone, Esq.**, BOONE & HENKOFF, 121 Harvard Avenue, Allston, MA 02134 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and James Cotter, 61 Park Street, #4, Brookline, MA 02146.

Douglas I. Louison