UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    **Plaintiffs,**

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    **Defendants.**

## ORDER

Defendants' Motion for an Order granting access to criminal offender record information concerning the plaintiff, Anina Rasten, is hereby allowed.

Any State agency possessing criminal offender record information concerning the plaintiff **Anina Rasten, *d.o.b.*_____, social security number _____, shall release the information to Attorney Douglas I. Louison or his appointed agent upon presentation of this Order.

By the Court:

_____

DATE:_____