UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

## AFFIDAVIT IN SUPPORT OF MOTION FOR "CORI" RECORD

I, Douglas I. Louison, hereby swear and depose the following:

1. I am an attorney at law licensed to practice in the Commonwealth of Massachusetts with offices at 67 Batterymarch Street, Boston, Massachusetts.

2. I represent the defendants in the above action.

3. I have requested "CORI" information on the plaintiff, Anina Rasten. I will use the "CORI" for trial strategy or trial witness impeachment purposes only.

4. I will not otherwise disclose the "CORI" to unauthorized persons as required by Massachusetts General Law Chapter 6, Sections 167-178 and 803 C.M.R. 1 - 6.03.

Signed under the pains and penalties of perjury this ____ day of _____, 2005.

_____
Douglas I. Louison