UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

## DEFENDANTS' MOTION FOR AN ORDER GRANTING ACCESS TO CRIMINAL OFFENDER RECORD INFORMATION CONCERNING THE PLAINTIFF MARIA ROSENTHAL

The defendants move this Court for an Order allowing them to obtain from the State Correctional Agencies, Criminal Offender Record Information ("CORI") relating to the plaintiff, **Maria Rosenthal, *d.o.b.*_____, social security number 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.**

The defendants submit that they should be allowed access to "CORI" information to determine what information exists relating to the plaintiff Maria Rosenthal's criminal record in order to prepare an adequate cross-examination of the plaintiff and to test the credibility of the plaintiff's testimony in the above matter.

Attorneys of record have been certified as a class of persons entitled to access to "CORI" and, absent a Court Order, the State agencies in control of "CORI" will not release the requested information. A prepared form of Order has been attached.

                                        Defendants,
                                        By their attorney,

                                        Douglas I. Louison (BBO # 545191)
                                        MERRICK, LOUISON & COSTELLO
                                        67 Batterymarch Street
                                        Boston, MA 02110
                                        (617) 439-0305

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the ___ day of _____, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: **Jefferson W. Boone, Esq.**, BOONE & HENKOFF, 121 Harvard Avenue, Allston, MA 02134 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and James Cotter, 61 Park Street, #4, Brookline, MA 02146.

                                        Douglas I. Louison