UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-12092-DPW

SUFFOLK SUPERIOR COURT
Civil Action No.: SUCV2004-03848-A

| | |
|---|---|
| Maria Rosenthal, | ) |
| Anina Rasten | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Brookline, | ) |
| Officer Gregory Gillis, | ) |
| Officer John Canney, | ) |
| Officer John L. Sullivan, | ) |
| Fireman Christopher Merrick, | ) |
| James Cotter | ) |
| Officer John Doe | ) |
|     Defendants. | ) |

**PLAINTIFF. MARIA ROSENTHAL'S OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER GRANTING ACCESS TO CRIMINAL RECORD INFORMATION CONCERNING THE PLAINTIFF**

Now comes the plaintiff, Maria Rosenthal and OPPOSES the defendants' Motion for an Order Granting Access to Criminal Record Information Concerning the Plaintiff.

As reason therefore, the plaintiff states that:

1) The Defendants' motion is not in compliance with Local Rule 7.1(B)(1).

2) The Defendants' motion is unsupported by a memorandum of reasons, including citation of supporting authorities, affidavits, and other documents which set forth facts on which the motion is based.

3) The Plaintiffs criminal record, if one does exist, is not relevant to the subject matter of this action.

4) The Plaintiffs criminal record, if one does exist, is not likely to lead to the discovery of any admissible evidence under FRE 609, 403 and 404.

In support hereof, please see the attached memorandum of law.

The plaintiff,
By Counsel,

_____
Jefferson W. Boone #543732
BOONE & HENKOFF
121 Harvard Ave., Suite #2
Allston, MA 02134
(617) 782 8210

DATE: April 25, 2005