UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-12092-DPW

SUFFOLK SUPERIOR COURT
Civil Action No.: SUCV2004-03848-A

| | |
|---|---|
| Maria Rosenthal, | ) |
| Anina Rasten | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Brookline, | ) |
| Officer Gregory Gillis, | ) |
| Officer John Canney, | ) |
| Officer John L. Sullivan, | ) |
| Fireman Christopher Merrick, | ) |
| James Cotter | ) |
| Officer John Doe | ) |
|    Defendants. | ) |

## PLAINTIFF. MARIA ROSENTHAL'S MOTION FOR ORDER COMPELLING DEFENDANT. OFFICER GREGORY GILLIS' INTERROGATORY RESPONSES

Now comes the Plaintiff, Maria Rosenthal, and pursuant to F.R.C.P 37(a)(2)(B) and Local Rule 37.1, moves this Court to issue an order compelling the Defendant, Gregory Gillis, to provide answers to her interrogatory requests, attached hereto.

As reason therefore, the Plaintiff states the following:

1) The Defendant was served with the Plaintiffs First Set of Interrogatories on or about September 24, 2004, along with the complaint, by the Norfolk County Sheriff.

2) The Plaintiff has complied with the Automatic Required Disclosure.

3) The Defendant has failed to respond to the interrogatory requests as a whole, and maintains that the Plaintiff must file anew any written discovery requests.

4) A discovery conference was held regarding this matter.

5) The court needs to resolve this matter.

In support hereof, please see the attached memorandum of law.

The plaintiff,
By Counsel,

___s/Jefferson W. Boone___
Jefferson W. Boone #543732
BOONE & HENKOFF
121 Harvard Ave., Suite #2
Allston, MA 02134
(617) 782 8210

DATE: June 1, 2005