UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

**DEFENDANTS', BROOKLINE, CANNEY, SULLIVAN, MERRICK, AND GILLS OPPOSITION TO PLAINTIFFS' MOTIONS TO COMPEL INTERROGATORY RESPONSES AND RESPONSES TO PRODUCTION OF DOCUMENT REQUESTS**

    The defendants, Town of Brookline, Gregory Gillis, John Canney, John L. Sullivan, and Christopher Merrick oppose the plaintiff's motion for an order compelling interrogatory and request for production of document responses.

    As grounds therefor, the defendants state:

**I.    ARGUMENT:**

**The Plaintiff Has Failed to Properly Serve The Defendants With Their Discovery Requests Pursuant to Local Rule 26.2(A).**

    This action was initially brought in the Suffolk Superior Court. Along with service of the complaint in the superior court proceeding, the plaintiffs also served a first set of interrogatories and request for production of documents upon the defendants. Thereafter, the defendants properly removed the entire matter to the United States District Court. (04-12092-DPW.) Thereafter, the defendants engaged, pursuant to the Local Rules, in a production of their automatic discovery disclosures. As well, an initial scheduling conference was held with the Court.

Pursuant to the Local Rules, counsel for the defendants and plaintiffs engaged in a discovery dispute conference. Therein, counsel for the defendants advised that it was the defendants' position that the plaintiffs' written discovery was not in compliance with the rules.

The plaintiffs are not entitled nor should the Court grant their motion for an order compelling the defendants to provide responses to written discovery nor for the award of costs as the plaintiffs have not properly served their discovery requests nor are they in compliance with the Local Rules. The plaintiff have never filed any written discovery in the instant action pending in the United States District Court. As stated above, the only written discovery was filed with the complaint originally filed in the state Superior Court. After the removal of the matter to this Court, plaintiffs have never filed any written discovery in compliance with the Local Rules after the initial scheduling conference and after the automatic discovery disclosure as required.

The defendants acknowledge the plaintiffs' obvious right to propound written discovery, but maintain that they have not properly done so and that the defendants should not be penalized by an order compelling same, or that an order awarding expenses is appropriate until and if plaintiffs properly filed written discovery in the instant Federal Court action.

    Defendants,
By their attorney,


/s/ Douglas I. Louison
Douglas I. Louison (BBO # 545191)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305