## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### ORDER OF REFERENCE

Check if previously referred _____

_MARIA ROSENTHAL   ET AL_____

V.                                    CA/CR No. ___04CV12092-DPW_____

_TOWN OF BROOKLINE   ET AL._____      Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled  case is referred to Chief Magistrate Judge __ALEXANDER__   for the following proceedings:

(A)     Determination (Order) on:
        ( ) Rule 16(b) and/or Pretrial proceedings _____
        (X) Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
             See Documents Numbered : ___22,24,26,28,30,32,24,36_____

        ( ) Trial pursuant to 28 U.S.C. §636(c) or 18 U.S.C. §3401 and applicable rules

        Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.
        28 U.S.C. §636(b)(1)(A)

(B)     Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        ( ) Motion(s) to dismiss
             See Documents Numbered: _____

(C)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

(D)     Special instructions _____

_____

_June 7, 2005_____                    By :___/s/ Michelle Rynne_____
        DATE                                        Deputy Clerk
_____

( ) Civil Rule 16(b) Proceedings               ( ) Criminal Dispositive Motions
( ) Civil and MBD Discovery _or_ Civil Pretrial  ( ) Criminal Pretrial _or_ Discovery
( ) Service as Special Master _or_ Trial         ( ) Post Conviction Proceedings[1]
( ) Civil Dispositive Motions                  ( ) Miscellaneous

(MJordref.frm - 09/92)                          [orefcs., orefm., korefcs., korefm.]

_____

        [1]  See reverse side of order for instructions