UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

**DEFENDANTS' MOTION FOR RECONSIDERATION OF
ORDER DENYING DEFENDANTS' MOTION FOR ORDER
GRANTING ACCESS TO CRIMINAL OFFENDER RECORD INFORMATION**

The defendants herein move this Court for reconsideration of its order dated May 9, 2005 denying the previously filed motion of the defendants for an order granting access to Criminal Offender Record Information concerning the plaintiffs, Maria Rosenthal and Anina Rasten.

As grounds therefor, the defendants state:

1. The Court denied the previously filed motion for access to prior criminal convictions asserting "...no showing having been made of particularized need or basis for believing CORI records will yield information of sufficient value to justify overcoming countervailing interest in preserving privacy." The defendants assert to the Court that their request and basis for seeking such information was appropriate and necessary. Under the statutory and procedural rules of the Massachusetts CORI Board, a court order such as sought by the defendant is the only permissible means of accessing an

      individual's criminal record information.  Without this Court's grant of same, the defendants have no means of determining and finding permissible impeachment information of the plaintiff.

2. Federal Rule of Evidence 609 permits the admission of evidence of prior convictions of a party or witness for impeachment purposes if such prior convictions fall within certain parameters and guidelines of the rule.

      The defendant assert that they are not merely conducting a fishing expedition but have legitimate purposes for seeking the CORI information of the plaintiffs, where as here, issues of credibility and impeachment will necessarily be raised at time of trial.  The factual positions of the parties are significantly divergent.  As such, the jury will be required to assess the credibility of the parties.   The Court at time of trial always retains its ability to weigh the probative verses prejudicial value of impeachment evidence, including Rule 609 evidence.  The defendants assert that at time of trial, the Court can address its question of "... value verses preserving privacy...."  However, if the Court denies this preliminary and procedural motion to even obtain CORI materials, if any, from the state agency, it denies the defendants' ability to even argue the merits of Rule 609 and 403 evidence to the Court.

      At this juncture, the defendants cannot, in good faith, assert more detail about the value or relevance of possible CORI materials, because they have no access to the materials to ascertain such issues, unless and until permitted such access by the Court.

**CONCLUSION**

The defendants' only means of obtaining review of CORI material, if any, for the purposes of offering possible Rule 609 impeachment evidence, is a Court order to present to the CORI Board. Without such preliminary access, the issues of relevance verses prejudice cannot even be raised at time of trial, thus denying the defendants permissible impeachment evidence.

**Certificate Pursuant to Local Rule 7.1(a)(2)**

Counsel for the moving defendant, Douglas I. Louison, Esq., certifies pursuant to L.R. 7.1(a)(2) that he has conferred with plaintiffs' attorney, Jefferson W. Boone and has been unable to reach agreement.

                                             Defendants,
                                             By their attorney,

                                             /s/ Douglas I. Louison
                                             Douglas I. Louison (BBO # 545191)
                                             MERRICK, LOUISON & COSTELLO
                                             67 Batterymarch Street
                                             Boston, MA 02110
                                             (617) 439-0305