UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-12092-DPW

SUFFOLK SUPERIOR COURT
Civil Action No.: SUCV2004-03848-A

| | |
|---|---|
| Maria Rosenthal, | ) |
| Anina Rasten | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Brookline, | ) |
| Officer Gregory Gillis, | ) |
| Officer John Canney, | ) |
| Officer John L. Sullivan, | ) |
| Fireman Christopher Merrick, | ) |
| James Cotter | ) |
| Officer John Doe | ) |
|     Defendants. | ) |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION FOR ACCESS TO CORI**

Now comes the Plaintiffs, Maria Rosenthal and Anina Rasten, and OPPOSE the Defendants' Motion for Reconsideration of the Court's Order, dated May 9, 2005, denying the Defendant's Motion for Order Granting Access to the Plaintiffs' Criminal Record Information.

As reason therefore, the Plaintiffs refer the Court to their Memorandum of Reasons in Support of their Oppositions to the Defendants' Motion for Order Granting Access to CORI, and furthermore, state that the Defendants do not adduce any new facts in their Motion for Reconsideration that show "a particularized need or bases for believing CORI records will yield information of sufficient value to justify overcoming the countervailing interest in preserving privacy."

WHEREFORE, Plaintiffs request that the Defendants' Motion be denied.

                    The plaintiffs, by counsel,

                    /s/ Jefferson W. Boone
                    Jefferson W. Boone, BBO #543732
                    BOONE & HENKOFF
                    121 Harvard Avenue, Suite #2
                    Allston, MA. 02134
                    (617) 782-8210

Dated: June 22, 2005