UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-12092-DPW

SUFFOLK SUPERIOR COURT
Civil Action No.: SUCV2004-03848-A

| | |
|---|---|
| Maria Rosenthal, | ) |
| Anina Rasten | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Brookline, | ) |
| Officer Gregory Gillis, | ) |
| Officer John Canney, | ) |
| Officer John L. Sullivan, | ) |
| Fireman Christopher Merrick, | ) |
| James Cotter | ) |
| Officer John Doe | ) |
|    Defendants. | ) |

## PLAINTIFF, MARIA ROSENTHAL'S MOTION FOR ORDER COMPELLING DEFENDANT, TOWN OF BROOKLINE'S RESPONSES TO THE PLAINTIFF'S FIRST SET OF INTERROGATORIES

Now comes the Plaintiff, Maria Rosenthal, and pursuant to F.R.C.P 37(a)(2)(B) and Local Rule 37.1, moves this Court to issue an order compelling the Defendant, Town of Brookline, to provide responses to her First Set of Interrogatories, attached hereto.

In support hereof, please see the attached memorandum of law.

The plaintiff,
By Counsel,


s/ Jefferson W. Boone
Jefferson W. Boone #543732
BOONE & HENKOFF
121 Harvard Ave., Suite #2
Allston, MA 02134
(617) 782 8210

DATE: August 22, 2005