UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-12092-DPW

SUFFOLK SUPERIOR COURT
Civil Action No.: SUCV2004-03848-A

| | |
|---|---|
| Maria Rosenthal, | ) |
| Anina Rasten | ) |
|      Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Brookline, | ) |
| Officer Gregory Gillis, | ) |
| Officer John Canney, | ) |
| Officer John L. Sullivan, | ) |
| Fireman Christopher Merrick, | ) |
| James Cotter | ) |
| Officer John Doe | ) |
|      Defendants. | ) |

**PLAINTIFF, MARIA ROSENTHAL'S MOTION FOR ORDER COMPELLING
DEFENDANT, CANNEY'S RESPONSES TO THE PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS**

Now comes the Plaintiff, Maria Rosenthal, and pursuant to F.R.C.P 37(a)(2)(B) and

Local Rule 37.1, moves this Court to issue an order compelling the Defendant, Officer John

Canney, to provide responses to her First Request for Production of Documents, attached hereto.

In support hereof, please see the attached memorandum of law.

The plaintiff,
By Counsel,

s/ Jefferson W. Boone
Jefferson W. Boone #543732
BOONE & HENKOFF
121 Harvard Ave., Suite #2
Allston, MA 02134
(617) 782 8210

DATE: August 22, 2005