UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-12092-DPW

SUFFOLK SUPERIOR COURT
Civil Action No.: SUCV2004-03848-A

| | |
|---|---|
| Maria Rosenthal, | ) |
| Anina Rasten | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Brookline, | ) |
| Officer Gregory Gillis, | ) |
| Officer John Canney, | ) |
| Officer John L. Sullivan, | ) |
| Fireman Christopher Merrick, | ) |
| James Cotter | ) |
| Officer John Doe | ) |
|     Defendants. | ) |

### NOTICE OF CHANGE OF FIRM ADDRESS

TO THE CIVIL CLERK:

    Pursuant to Massachusetts Rules of Civil Procedure, Rule 11(d), notice of change of firm address is hereby given and is effective September 12, 2005 as follows:

BOONE & HENKOFF
311 Washington Street
Brighton, MA 02135
Telephone: (617)782-8210
Facsimile: (617)782-2582

Our telephone and facsimile numbers will remain the same.
A copy of this notice has been forwarded to all counsel of record.

The Plaintiffs, by counsel,

Jefferson W. Boone BBO #543732
BOONE & HENKOFF
121 Harvard Avenue
Allston, Massachusetts 02134
(617) 782-8210