UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV12092-DPW

MARIA ROSENTHAL and
ANINA RASTEN

Plaintiffs

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, and OFFICER
JOHN DOE,

Defendants

ORDER ON

**PLAINTIFF, MARIA ROSENTHAL'S MOTION FOR
ORDER COMPELLING DEFENDANT, TOWN OF
BROOKLINE'S RESPONSES TO THE PLAINTIFF'S FIRST
SET OF INTERROGATORIES**

(Docket # 43)

and

**PLAINTIFF, MARIA ROSENTHAL'S MOTION FOR
ORDER COMPELLING DEFENDANT, TOWN OF
BROOKLINE'S RESPONSES TO THE PLAINTIFF'S
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

(Docket # 45)

and

**PLAINTIFF, MARIA ROSENTHAL'S MOTION FOR ORDER COMPELLING DEFENDANT, CANNEY'S RESPONSES TO THE PLAINTIFF'S FIRST SET OF INTERROGATORIES**

(Docket # 47)

and

**PLAINTIFF, MARIA ROSENTHAL'S MOTION FOR ORDER COMPELLING DEFENDANT, CANNEY'S RESPONSES TO THE PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

(Docket # 49)

and

**PLAINTIFF, MARIA ROSENTHAL'S MOTION FOR ORDER COMPELLING DEFENDANT, MERRICK'S RESPONSES TO THE PLAINTIFF'S FIRST SET OF INTERROGATORIES**

(Docket # 51)

and

**PLAINTIFF, MARIA ROSENTHAL'S MOTION FOR ORDER COMPELLING DEFENDANT, MERRICK'S RESPONSES TO THE PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

(Docket # 53)

and

**PLAINTIFF, MARIA ROSENTHAL'S MOTION FOR
ORDER COMPELLING DEFENDANT,
GILLIS' RESPONSES TO THE PLAINTIFF'S
FIRST SET OF INTERROGATORIES**

(Docket # 55)

and

**PLAINTIFF, MARIA ROSENTHAL'S MOTION FOR
ORDER COMPELLING DEFENDANT,
GILLIS' RESPONSES \TO THE PLAINTIFF'S
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

(Docket # 57)

ALEXANDER, M.J.

This case is once again before this Court for a ruling on motions to compel responses to written discovery filed by one of the plaintiffs, Maria Rosenthal. On June 16, 2005, this Court issued an Order denying Ms. Rosenthal's previous motion to compel on the basis that Ms. Rosenthal failed to comply with certain Local Rules of Federal Civil Procedure governing discovery. Ms. Rosenthal has now properly served her discovery, but the defendants have failed to respond, prompting the current motion to compel. In addition to ignoring Ms. Rosenthal's

properly served discovery requests, the defendants have failed to respond to this motion.

The Federal Rules of Civil Procedure require a party to respond to interrogatories by "serv[ing] a copy of the answers, and objections, if any, within 30 days after the service of the interrogatories," Fed. R. Civ. P 33(b)(3), and to respond to document requests by "serv[ing] a written response within 30 days after the service of the request." Fed. R. Civ. P 34(b). Ms. Rosenthal properly served her interrogatories and document requests on or about June 21, 2005. On August 9, 2005, having received no response from the defendants, Ms. Rosenthal sent a letter via first class mail to the defendants in an effort to secure the defendants responses to the discovery requests without court action. This effort yielded no response and Ms. Rosenthal thereafter filed the present motion to compel on August 23, 2005. Given Ms. Rosenthal's properly served discovery and the defendants utter lack of response, the Court ALLOWS the motion to compel.

Ms. Rosenthal has also moved for sanctions pursuant to Fed. R. Civ. P. 37(a)(4). The defendants have failed to respond to both the discovery requests and the motion to compel and have provided no explanation for their disregard of procedural requirements. The Court therefore ALLOWS Ms. Rosenthal's motion for sanctions and awards her the sum of $1000 for expenses and attorneys fees for

work in seeking the defendants' compliance with discovery. The fees awarded shall be paid by the defendants within thirty (30) days of receipt of this Order.

SO ORDERED.

10/19/05
Date

_____
United States Magistrate Judge