UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

### DEFENDANTS' TOWN OF BROOKLINE, GREGORY GILLIS, JOHN CANNEY, JOHN L. SULLIVAN, AND CHRISTOPHER MERRICK STATUS REPORT

The following is the defendants' status report to the Court in the captioned matter as previously ordered.

The parties are scheduled to appear before the Court on a status conference for Thursday, November 10, 2005 at 2:30 p.m..

The defendants have produced or will have produced by the status date all final answers to interrogatories and responses to requests for production of documents by the plaintiffs.

Additionally, the defendants have received the plaintiffs' discovery responses and have conducted the depositions of the plaintiffs.

There are no outstanding notices of depositions by either party.

The defendants believe that they will file in whole or in part with the Court a motion for summary judgment.

Defendants, By their attorney,

/s/ Douglas I. Louison
Douglas I. Louison (BBO # 545191)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305