UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-12092-DPW

SUFFOLK SUPERIOR COURT
Civil Action No.: SUCV2004-03848-A

| | |
|---|---|
| Maria Rosenthal, | ) |
| Anina Rasten | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Brookline, | ) |
| Officer Gregory Gillis, | ) |
| Officer John Canney, | ) |
| Officer John L. Sullivan, | ) |
| Fireman Christopher Merrick, | ) |
| James Cotter | ) |
| Officer John Doe | ) |
|     Defendants. | ) |

## PLAINTIFF, MARIA ROSENTHAL & ANINA RASTEN'S STATUS REPORT

The following is the Plaintiffs' status report as ordered:

1. Currently this case is in its discovery phase.

2. The Plaintiff, Maria Rosenthal, has yet to receive answers to her request for interrogatories from the Defendants Town of Brookline, Gregory Gillis, John Canney, and Christopher Merrick. The Court has compelled the Defendants to respond.

3. The Plaintiff, Maria Rosenthal, is contemplating a motion to compel the production of the personel files of Gregory Gillis, John Canney, and Christopher Merrick.

4. The Plaintiffs are contemplating depositions of the defendants upon receiving responses to outstanding discovery.

5. The Plaintiffs are still without knowledge of the identity of Officer "John Doe".

6. There have been no settlement discussions to date.

The Plaintiffs,
By Counsel,


s/ Jefferson W. Boone
Jefferson W. Boone #543732
BOONE & HENKOFF
311 Washington St.
Brighton, MA 02135
(617) 782 8210

DATE: November 8, 2005