UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MARIA ROSENTHAL, ET AL.,**
    **Plaintiffs,**

    v.                                    **CIVIL ACTION**
                                                    **NO.04-12092-DPW**

**TOWN OF BROOKLINE, ET AL.,**
    **Defendants.**

## ORDER OF REFERRAL TO ADR PROGRAM

**WOODLOCK, D.J.**

    The above captioned matter is referred for mediation with the Court's ADR program. Court requests an expedited schedule be set for mediation.

    Upon the conclusion of mediation, the parties shall advise the Court as to the status (i.e., whether the case has settled or not).

    The parties shall contact the ADR coordinator to arrange for mediation to be scheduled as soon as possible.

                                                           By the Court,

                                                            /s/ Michelle Rynne
**DATED: November 10, 2005**                         Deputy Clerk