# United States District Court
# District of Massachusetts

MARIA ROSENTHAL, ET AL,
    Plaintiffs,

v.          CIVIL ACTION NO. 04-12092-DPW

TOWN OF BROOKLINE, ET AL,
    Defendants.

## *NOTICE OF AND ORDER REGARDING MEDIATION*

    In accordance with the Electronic Notice of Assignment of ADR Provider dated November 15, 2005, the parties are hereby notified that the court has scheduled a mediation conference for **Friday, March 10, 2006 at 10:30 A.M.** in Courtroom #23 (7th Floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts. Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

    In addition, each party shall submit to Magistrate Judge Collings **no later than five business (5) days before the conference** a brief memorandum addressing the party's position on the merits f the case and on settlement. The memorandum should be marked **"Confidential - Not for Docketing"** and will be held in confidence by the court.

    *In the event that you believe the case is not ripe for mediation at this time, you must notify opposing counsel and the court as soon as possible.*[1]

---

[1] Examples of reasons why a case might not be ripe for mediation are (1) crucial discovery has not yet been done or (2) one or more of the parties is unwilling to settle the case on any terms or (3) one or more

IT IS SO ORDERED.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 5, 2006.

---

of the parties is unwilling to settle the case on any terms other than those which the other party or other parties will find impossible to accept.