UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

**MARIA ROSENTHAL, and**
**ANINA RASTEN**
    **Plaintiffs,**

**v.**

**TOWN OF BROOKLINE, OFFICER GREGORY**
**GILLIS, OFFICER JOHN CANNEY, OFFICER**
**JOHN L. SULLIVAN, FIREMAN CHRISTOPHER**
**MERRICK, JAMES COTTER, OFFICER JOHN DOE,**
    **Defendants.**

### DEFENDANTS' MOTION TO CONTINUE MEDIATION

The defendants move this Court to reschedule the mediation presently scheduled for Friday, March 10, 2006 to May 11, 2006.

The plaintiffs assent to the within motion.

    Defendants,
    By their attorney,

    /s/ Douglas I. Louison
    Douglas I. Louison (BBO # 545191)
    MERRICK, LOUISON & COSTELLO
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 8th day of March, 2006, I served the foregoing by causing a copy to be directed to: **Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and James Cotter, 61 Park Street, #4, Brookline, MA 02146.

    /s/ Douglas I. Louison
    Douglas I. Louison