## MERRICK, LOUISON & COSTELLO, LLP

ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com

March 7, 2006

*via facsimile*
617-748-9096

Noreen Russo
Clerk to Magistrate Judge Robert B. Collings
United States District Court
One Courthouse Way
Boston, MA 02110

RECEIVED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

MAR 8 '06

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

RE:   **Maria Rosenthal, et al v. Town of Brookline, et al**
      USDC CA No.04-12092-DPW

      **Mediation Scheduled for March 10, 2006**

Dear Ms. Russo:

Please accept this as a request to reschedule the mediation scheduled before the Honorable Magistrate Collings for March 10, 2006. As reasons therefore, I have a previously scheduled conflict that would prevent my appearance. Additionally, representatives from the defendant Town would not be available to appear with me on that date either, thus limiting the usefulness of attempted mediation on that date.

The defendants, however, are still interested and believe that mediation would be useful and therefore would request the Court schedule the matter for a subsequent date

Thank you for your attention to this matter.

Very truly yours,

Douglas I. Louison

xc:   Jefferson W. Boone, Esq. *617-782-2582*