UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

**MARIA ROSENTHAL, and**
**ANINA RASTEN**
    **Plaintiffs,**

v.

**TOWN OF BROOKLINE, OFFICER GREGORY**
**GILLIS, OFFICER JOHN CANNEY, OFFICER**
**JOHN L. SULLIVAN, FIREMAN CHRISTOPHER**
**MERRICK, JAMES COTTER, OFFICER JOHN DOE,**
    **Defendants.**

## DEFENDANTS' MOTION TO RESCHEDULE MEDIATION SCHEDULED FOR MAY 11, 2006

    The defendants Town of Brookline, Gillis, Canney, Sullivan and Merrick move this Court to reschedule the mediation presently scheduled before the Honorable Magistrate Judge Collings for Thursday, May 11, 2006.

    As reasons therefore, the defendants state:

1. Counsel for the defendants, Douglas I. Louison is presently being held to commence a jury trial in the Suffolk Superior Court in the matter of <u>David Jarman v. Boston Housing Authority</u>, Suffolk Superior Court CA No. 03-3373B.

2. Counsel is presently being held on a day to day basis awaiting notification to commence trial. It is estimated that trial will commence on May 10, 2006. Counsel is advised that said action is the next case out for commencement of trial.

3. Counsel does not wish to inconvenience this Court and opposing counsel in the instant matter and is therefore filing the within motion upon notification of the status of the <u>Jarman</u> matter.

4. The defendant further relies on the attached affidavit of Douglas I. Louison.

        Defendants,
        By their attorney,

        /s/ Douglas I. Louison
        Douglas I. Louison (BBO # 545191)
        MERRICK, LOUISON & COSTELLO
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 8th day of May, 2006, I served the foregoing by causing a copy to be directed to: **Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and James Cotter, 61 Park Street, #4, Brookline, MA 02146.

        /s/ Douglas I. Louison
        Douglas I. Louison