UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

## AFFIDAVIT OF DOUGLAS I. LOUISON

I, Douglas I. Louison, do hereby swear and depose the following:

1. I am defense counsel in the matter of <u>David Jarman v. Boston Housing Authority</u>, Suffolk Superior Court CA No. 03-3373B.

2. I appeared in the Suffolk Superior Court today, Monday, May 8, 2006 in Courtroom Number 306 before the Honorable Locke, J. for trial assignment. I have been advised by the Court that I am on a day to day status awaiting the next available civil session to commence trial.

3. The clerk at Courtroom 306, John Reveliotis advised me that it is likely that the trial will commence either on May 9, 2006 or more likely May 10, 2006. The parties have estimated that the trial will run for approximately four days. In that event, I will be unable to attend the mediation presently scheduled in captioned matter in the United States District Court scheduled for May 11, 2006.

4. I have filed a motion to reschedule the mediation in the captioned matter as early as possible so as not to inconvenience the Court or opposing counsel with a late request for a continuance.

Signed under the pains and penalties of perjury, this 8th day of May, 2006

/s/ Douglas I. Louison
Douglas I. Louison