**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**C.A. No.04-12092-DPW**

**MARIA ROSENTHAL, and**
**ANINA RASTEN**
     **Plaintiffs,**

**v.**

**TOWN OF BROOKLINE, OFFICER GREGORY**
**GILLIS, OFFICER JOHN CANNEY, OFFICER**
**JOHN L. SULLIVAN, FIREMAN CHRISTOPHER**
**MERRICK, JAMES COTTER, OFFICER JOHN DOE,**
     **Defendants.**

**DEFENDANTS' MOTION TO RESCHEDULE MEDIATION**
**SCHEDULED FOR JULY 7, 2006**

The defendants Town of Brookline, Gillis, Canney, Sullivan and Merrick  move this Court to reconsider its previous order rescheduling the mediation for July 7, 2006.

As reasons therefore, the defendants state:

1. This matter had previously been rescheduled due to trial conflicts for May 23, 2006 commence in the morning.   Days before the scheduled mediation session, plaintiffs' counsel requested that the matter be moved because the plaintiffs could not appear in the morning hours.   Due to previously scheduled conflicts, an afternoon session could not be accommodated.   Thereafter, this Court issued its order of May 22, 2006 resetting the mediation for July 7, 2006 at 2:00 p.m..

2. Counsel for the defendants, Douglas I. Louison has a long scheduled pre-existing family vacation planned for the Fourth of July week wherein he would be out of the state and therefore unavailable to appear on July 7, 2006.

3. Neither party would be prejudiced by the Court's rescheduling this mediation for a date and time mutually convenient to the Court and litigants.

4. Alternatively, the defendants would move that the mediation request be withdrawn.

5. The defendant further relies on the attached affidavit of Douglas I. Louison.

Defendants,
By their attorney,

/s/ Douglas I. Louison
Douglas I. Louison (BBO # 545191)
MERRICK,  LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 31st  day of May, 2006, I served the foregoing by causing a copy to be directed to: **Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and  James Cotter, 61 Park Street, #4, Brookline, MA 02146.

/s/ Douglas I. Louison
Douglas I. Louison