UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

## AFFIDAVIT OF DOUGLAS I. LOUISON

I, Douglas I. Louison, do hereby swear and depose the following:

1. I am defense counsel of record in the captioned matter.

2. By agreement, the parties requested that this matter be referred for mediation before the United States District Court mediation program. A previously scheduled date had to be rescheduled due to a trial conflict. Thereafter, the mediation was set for May 23, 2006. No advice was made to the Court that said date was unacceptable to the parties. Several days prior to May 23rd, plaintiffs' counsel advised that the plaintiffs could not appear in the morning and requested an afternoon session or other alternative date. Due to previously scheduled conflicts that week, I was not able to appear in an afternoon session.

3. Subsequently, I received on May 22, 2006 the Court's (Collings, M.J.) order that the mediation be rescheduled to Friday, July 7, 2006 at 2:00 p.m..

4. I have had a longstanding, previously scheduled vacation scheduled for the Fourth of July weekend wherein I will be out of Massachusetts in the state of Maine and therefore unavailable to appear on July 7th. Accordingly, I am requesting via motion on behalf of the defendants that the mediation be rescheduled. Alternatively, due to my unavailability I would move on behalf of the defendants to withdraw from the voluntary mediation.

Signed under the pains and penalties of perjury, this 31st day of May, 2006

        /s/ Douglas I. Louison
        Douglas I. Louison