UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

**MARIA ROSENTHAL, and
ANINA RASTEN**
    **Plaintiffs,**

v.

**TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,**
    **Defendants.**

### DEFENDANTS' MOTION TO WITHDRAW FROM MEDIATION

    The defendants Town of Brookline, Gillis, Canney, Sullivan and Merrick move this Court that they be permitted withdraw from the mediation session scheduled for July 7, 2006.

    As grounds therefore, the defendants state:

1. It does not appear in the best interest of judicial resources that this matter proceed before the Court for mediation as the present positions of the parties would indicate that it is highly unlikely that a settlement will be able to be reached.

2. The defendants further rely on the attached affidavit of Douglas I. Louison.

                                    Defendants,
                                    By their attorney,

                                    /s/ Douglas I. Louison
                                    Douglas I. Louison (BBO # 545191)
                                    MERRICK, LOUISON & COSTELLO
                                    67 Batterymarch Street
                                    Boston, MA 02110
                                    (617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 29st day of June, 2006, I served the foregoing by causing a copy to be directed to: **Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and James Cotter, 61 Park Street, #4, Brookline, MA 02146.

/s/ Douglas I. Louison
Douglas I. Louison