UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

**MARIA ROSENTHAL, and**
**ANINA RASTEN**
    **Plaintiffs,**

**v.**

**TOWN OF BROOKLINE, OFFICER GREGORY**
**GILLIS, OFFICER JOHN CANNEY, OFFICER**
**JOHN L. SULLIVAN, FIREMAN CHRISTOPHER**
**MERRICK, JAMES COTTER, OFFICER JOHN DOE,**
    **Defendants.**

## AFFIDAVIT OF DOUGLAS I. LOUISON

I, Douglas I. Louison, do hereby swear and depose the following:

1. I am defense counsel of record in the captioned action.

2. This matter has previously been scheduled before the Honorable Magistrate Judge Robert Collings for mediation and is presently scheduled for July 7, 2006. In advance of the mediation session, I have solicited a settlement demand on behalf of both plaintiffs from plaintiffs' counsel. On review and in consultation with the representatives of the Town of Brookline, it appears unlikely that the parties will be able to reach a resolution.

3. In my opinion it would not be an appropriate use of the Court's resources to go forward with the mediation on July 7, 2006 as there is not a reasonable likelihood of reaching settlement.

Signed under the pains and penalties of perjury, this 29th day of June, 2006

                                                      /s/ Douglas I. Louison
                                                    Douglas I. Louison