# United States District Court
# District of Massachusetts

MARIA ROSENTHAL,
ANINA RASTEN,
    Plaintiffs,

    v.                CIVIL ACTION NO. 2004-12092-DPW

TOWN OF BROOKLINE. ET AL.,
    Defendants.

## *REPORT AND RECOMMENDATION RE: REPRESENTATION BY COUNSEL OF ANINA RASTEN*

COLLINGS, U.S.M.J.

    At a mediation held on August 9, 2006, questions arose as to whether the plaintiff Rasten wants Attorney Jefferson W. Boone (who represents her mother, plaintiff Maria Rosenthal) to represent her in the above-styled cause. The undersigned was assigned only as a mediator and does not view it as being within his charge to deal with the matter, However, the matter needs to be settled before the litigation proceeds further.

Accordingly, I RECOMMEND that the Court (either the district judge or the magistrate judge upon referral) schedule a hearing in the afternoon[1] at which plaintiff Rasten and Attorney Boone are required to be present in order to determine whether Ms. Rasten wants Attorney Boone to represent her, or whether she seeks the opportunity to retain other counsel, or she wishes to proceed *pro se.*

The parties are hereby advised that pursuant to Rule 72, Fed. R. Civ. P., any party who objects to this recommendation must file a specific written objection thereto with the Clerk of this Court within 10 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review. *See Keating v. Secretary of Health and Human Services*, 848 F.2d 271 (1 Cir., 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1 Cir., 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1 Cir., 1983); *United States*

---

[1] Plaintiff Rasten claims that due to a medical condition, it is exceeding difficult for her to appear in court before 2:00 P.M.

*v. Vega,* 678 F.2d 376, 378-379 (1 Cir., 1982); *Park Motor Mart, Inc. v. Ford Motor Co.,* 616 F.2d 603 (1 Cir., 1980); *see also Thomas v. Arn,* 474 U.S. 140 (1985).

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

August 9, 2006.