# United States District Court
# District of Massachusetts

MARIA ROSENTHAL,
ANINA RASTEN,
        Plaintiff,

v.     CIVIL ACTION NO. 2004-12092-DPW

TOWN OF BROOKLINE. ET AL.,
        Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On August 9, 2006, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION     __X__ MEDIATION
\_\_\_\_\_ MINI-TRIAL     \_\_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_\_ SETTLEMENT CONFERENCE

The plaintiffs, plaintiffs' counsel, defendants' counsel and representatives of the defendants were present.

[X]  The case was NOT SETTLED.  Further efforts to settle the case at this time are unlikely to be successful.  The case should be restored to active litigation status.

<u>August 9, 2006</u>          *Robert B. Collings*
    DATE          ROBERT B. COLLINGS
         United States Magistrate Judge

Copy to:      Judge Woodlock
               Rebecca Tyler, Esquire
               Counsel for all parties.