UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

## NOTICE OF APPEARANCE

Kindly enter my appearance for the defendants, Town of Brookline, Gregory Gillis, John Canney, John L. Sullivan, and Christopher Merrick, individually, in the above named matter.

Defendants,
By their attorney,

/s/ James W. Simpson, Jr.
James W. Simpson, Jr. (BBO# 634344)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, James W. Simpson, Jr. hereby certify that on the 11th day of December, 2006, I served

the foregoing electronically, directed to: **Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and James Cotter, 61 Park Street, #4, Brookline, MA 02146.

/s/ James W. Simpson, Jr.
James W. Simpson, Jr.
