UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

### TOWN OF BROOKLINE DEFENDANTS' PRE-TRIAL MEMORANDUM

Pursuant to the Court's November 20, 2006 order, the Town of Brookline defendants submit the following as their joint pre-trial memorandum.

1. **TRIAL COUNSEL:**

| Defendants: | Plaintiff: |
|---|---|
| James W. Simpson, Jr. | Jefferson Boone, Esq. |
| Merrick, Louison & Costello, LLC. | Boone & Henkoff |
| 67 Batterymarch Street | 121 Harvard Avenue |
| Boston, MA 02110 | Suite 2 |
| (617) 439-0305 | Allston, MA 02134 |
| | (617) 782-8210 |

2. **THE CASE WILL BE TRIED BY A JURY:**

3. **CONCISE SUMMARY OF THE EVIDENCE:**

    **DEFENDANTS:**

The defendants expect the evidence to show that on Monday, September 3, 2001, Officers Gregory Gillis and John Canney were dispatched to 61 Park Street, Apt. #4J on a report of a loud disturbance.  When the officers arrived on scene, they knocked several times on the apartment door but, received no response.  A neighbor, James Cotter, indicated that he had heard loud yelling and banging and items being thrown around.  Officers retrieved the emergency keys to the apartment to gain access to conduct a threshold inquiry.  When the officers went inside the apartment, the plaintiffs began to yell and scream at them.  The officers attempted to calm down the plaintiffs who were out of control.  The officers separated the plaintiffs who were yelling and pushing at each other.  The plaintiff, Maria Rosenthal then picked up a shower curtain package and threw it at her daughter. At that time, she was placed under arrest.  She began to kick and bite at officers who attempted to place handcuffs on her.

The plaintiff, Anna Rasten began to push her way towards her mother and kicked an officer.  She was also placed under arrest.  The plaintiffs were charged with several counts of assault and battery.

The defendants deny that they violated the plaintiffs' civil rights or that they falsely imprisonment, inflicted emotional distress or maliciously prosecuted them.  The defendants state that at all times they acted professionally and constitutionally and used only such force that was reasonable given the circumstances at the time of the arrests.

The defendants deny that any of the plaintiffs' alleged injuries or damages are causally related to their arrest on September 3, 2001.

4.  **STATEMENT OF STIPULATED FACTS:**

The plaintiffs, Maria Rosenthal and Anna Rasten were arrested on September 3, 2001, by officers from the Brookline Police Department and charged with several counts of assault and battery (domestic) and on a police officer.

5.  **CONTESTED ISSUES OF FACT:**

   A.  Wether there was probable cause to arrest the plaintiffs for assault and battery?

   B.  Whether the defendants assaulted and battered the plaintiffs?

   C.  Whether the defendants falsely imprisoned the plaintiffs?

   D.  Whether the defendants maliciously prosecuted the plaintiffs?

   E.  Whether the defendants violated the plaintiffs civil rights to equal protection under the law?

  F. Whether the defendants inflicted emotional distress upon the plaintiffs?

6. **JURISDICTIONAL QUESTIONS:**

 None.

7. **ISSUES OF LAW:**

 None at this time.

8. **AMENDMENTS TO PLEADINGS:**

 None.

9. **ADDITIONAL MATTERS:**

 None.

10. **PROBABLE LENGTH OF TRIAL:**

 3-5 days.

11. **TRIAL WITNESSES:**

 **DEFENDANTS:**

 1. Gregory Gillis, Brookline Police Department-factual witness.
 2. John Canney, Brookline Police Department-factual witness.
 3. Christopher Merrick, Brookline Fire Department-factual witness.
 4. James Cotter, 61 Park Street, #4, Brookline, MA 02145-factual witness.
 5. Frank Israel Smizak, 42 Russell Street, Brookline, MA 02446-factual witness.
 6. John Sullivan, Brookline Police Department-factual witness.
 7. Sgt. Campbell, Brookline Police Department-factual witness.
 8. Lt. Gropman, Brookline Police Department-factual witness.

12. **DEPOSITION/DISCOVERY EVIDENCE TO BE OFFERED AT TRIAL:**

 None reasonably contemplated.

13. **VOIR DIRE/JURY INSTRUCTIONS:**

Counsel for each party will file their respective voir dire and jury instructions under separate cover.

14. **MOTIONS IN LIMINE[1]:**

   1. The defendants intend to file a motion to bifurcate the municipal claims from the individual claims at trial.

   2. The defendants intend to file a motion in limine to exclude any evidence of alleged misconduct on the part of the individual defendants in the case against them individually.

The Defendants,
By their attorneys,

/s/ James W. Simpson, Jr.
James W. Simpson, Jr.
Merrick, Louison & Costello, LLC.
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, James W. Simpson, Jr, hereby certify that on the 18th day of December, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: **Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and James Cotter, 61 Park Street, #4, Brookline, MA 02146.

---

[1] Said motions are to be filed provided that the Court does not bifurcate the municipal claims from the individual claims at trial.

                                                                      /s/ James W. Simpson, Jr.
                                                                      James W. Simpson, Jr.