UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

### TOWN OF BROOKLINE DEFENDANTS' SUPPLEMENTAL WITNESS LIST

The Town of Brookline Defendants may call the following additional witnesses at the trial of the above matter:

1. Jason Martin, EMT, Fallon Community Ambulance, fact witness: and

2. Jason Maglof, EMT Fallon Community Ambulance, fact witness.

The Town of Brookline Defendants,

By their attorneys,

/s/ James W. Simpson, Jr.
James W. Simpson, Jr.
Merrick, Louison & Costello, LLC.
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

    I, James W. Simpson, Jr, hereby certify that on the 3rd day of January 2007, I served the foregoing by causing a copy to be e- mailed, directed to: **Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135.

    /s/ James W. Simpson, Jr.
    James W. Simpson, Jr.