**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**C.A. No.04-12092-DPW**

**MARIA ROSENTHAL, and**
**ANINA RASTEN**
     **Plaintiffs,**

**v.**

**TOWN OF BROOKLINE, OFFICER GREGORY**
**GILLIS, OFFICER JOHN CANNEY, OFFICER**
**JOHN L. SULLIVAN, FIREMAN CHRISTOPHER**
**MERRICK, JAMES COTTER, OFFICER JOHN DOE,**
     **Defendants.**

**TOWN OF BROOKLINE DEFENDANTS' SUPPLEMENTAL WITNESS LIST**

The Town of Brookline Defendants may call the following additional witnesses at the trial of the above matter:

1.      Patti Cripes, Brookline Fire Department, fact witness:

2.      James McCabe, Brookline Fire Department, fact witness.

The Town of Brookline Defendants,

By their attorneys,

/s/ James W. Simpson, Jr.
James W. Simpson, Jr.
Merrick, Louison & Costello, LLC.
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

<u>CERTIFICATE OF SERVICE</u>

I, James W. Simpson, Jr, hereby certify that on the 4th day of January 2007, I served the foregoing by causing a copy to be e- mailed, directed to:  **Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135.

<u>/s/ James W. Simpson, Jr.</u>
James W. Simpson, Jr.