UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

**MARIA ROSENTHAL, and
ANINA RASTEN**
    Plaintiffs,

v.

**TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,**
    Defendants.

## DEFENDANTS' REQUEST FOR JURY VOIR DIRE

1. Is there anyone on the jury who would be influenced by the fact that the defendants are police officers?

2. Is there anyone on the jury who feels he/she cannot sit as an impartial juror because the case involves the actions of police officers?

3. Does anyone on the jury believe that they or members of their family or their friends or acquaintances have been unreasonably treated by police officers?

4. Has anyone on the jury or members of their family or their friends or acquaintances been arrested before?

5. Is there any member of the jury panel who is or has been a police officer, or worked in a police department, or whose relative or friend is or has been a police officer or worked in a police department?

6. Is there any member of the jury panel, their family or their friends or acquaintances that has brought a lawsuit against a police officer, a municipality, a municipal board or an agency?

7. Is there any member of the jury panel who now or has in the past resided in the Town of Brookline?

8. Is there any member of the jury panel, their family or their friends or acquaintances that has alleged that they have been a victim of civil rights violations?

9. Is there any member of the jury panel, their family or their friends or acquaintances that has alleged that they have been a victim of discrimination?

10. Has anyone on the jury or members of their family or their friends or acquaintances read or heard about this case in newspapers, radio, television or other media source?

11. Is there any member of the jury panel, their family or their friends or acquaintances that belongs to any organization that promotes civil rights?

12. Is there any member of the jury panel who has an unfavorable opinion or view of the Brookline Police Department?

                Defendants,
                by their attorney,

                /s/James W. Simpson, Jr.,
                James W. Simpson, Jr. BBO#634344
                MERRICK, LOUISON & COSTELLO
                67 Batterymarch Street
                Boston, MA 02110
                (617) 439-0305

## CERTIFICATE OF SERVICE

I, James W. Simpson, Jr., hereby certify that on the 4th day of January, 2007, I served the foregoing by electronically filing direced to:

**Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and James Cotter, 61 Park Street, #4, Brookline, MA 02146.

                /s/James W. Simpson, Jr.,
                James W. Simpson, Jr.