UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

## DEFENDANTS' MOTION TO SEQUESTER PLAINTIFFS' WITNESSES

The defendants hereby move this Honorable Court to sequester any and all witnesses for the plaintiffs.

As grounds therefor, the defendants state that this is a case of credibility involving the possibility of testimony of numerous witnesses for the plaintiffs. Accordingly, the defendants move that none of the witnesses for the plaintiffs be in courtroom while other plaintiffs' witnesses or the plaintiffs, themselves, testify.

Wherefore, the defendants move this Honorable Court to grant their motion to sequester the plaintiffs' witnesses.

    Defendants,
    by their attorney,

    /s/James W. Simpson, Jr.,
    James W. Simpson, Jr. BBO#634344
    MERRICK, LOUISON & COSTELLO
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

CERTIFICATE OF SERVICE

      I, James W. Simpson, Jr., hereby certify that on the 4th day of January, 2007, I served the foregoing by electronically filing direced to:

**Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and  James Cotter, 61 Park Street, #4, Brookline, MA 02146.

                                      /s/James W. Simpson, Jr.,
                                      James W. Simpson, Jr.