UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-12092-DPW

SUFFOLK SUPERIOR COURT
Civil Action No.: SUCV2004-03848-A

| | |
|---|---|
| Maria Rosenthal, | ) |
| Anina Rasten | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Brookline, | ) |
| Officer Gregory Gillis, | ) |
| Officer John Canney, | ) |
| Officer John L. Sullivan, | ) |
| Fireman Christopher Merrick, | ) |
| James Cotter | ) |
| Officer John Doe | ) |
|     Defendants. | ) |

**PLAINTIFFS' MOTION IN LIMINE RE PLAINTIFFS'
PARTICIPATION IN OTHER, UNRELATED LAWSUITS**

Now come the plaintiffs and move, *in limine*, to preclude defendants from introducing evidence pertaining to plaintiffs' participation in other civil lawsuits, or to refer to such evidence in their opening statement or closing argument.

As reason therefore, they say that they have both participated as plaintiffs in several other civil lawsuits, which participation was raised in their depositions by the defendants. Said lawsuits have both preceded and or been subsequent to this lawsuit and the events which led up to it, and are totally irrelevant to this lawsuit.

Plaintiffs believe that defendants will use their participation in these unrelated lawsuits to prejudice them in the eyes of the jury.

Evidence of specific conduct of a witness <u>may</u> be inquired of in cross-examination of a witness if "probative of truthfulness or un-truthfulness" pursuant to Rule 608(b). However, participation as a plaintiff in various other lawsuits, e.g., a personal injury or medical malpractice case utterly unrelated to the present case, is not evidence of truthfulness or the lack thereof.

Furthermore, evidence of lawful participation in other, unrelated litigation is irrelevant,

has little or no probative value in the instant case, and can only serve to unfairly prejudice the plaintiffs, confuse or mislead the jury, and would needlessly cause undue delay in the trial of this matter, all pursuant to Rule 403.

        The plaintiff, by counsel,

        /s/   Jefferson W. Boone
        Jefferson W. Boone, BBO #543732
        BOONE & HENKOFF
        121 Harvard Avenue, Suite #2
        Allston, MA. 02134
        (617) 782-8210

January 7, 2007

## CERTIFICATE OF SERVICE

I, Jefferson W. Boone, do hereby certify that on this January 7, 2007, I served a copy of Plaintiffs' Oppositions to the Defendants' Motion, by e-mail and by hand on January 8, 2007, to counsels and parties of record:

Douglas I. Louison, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110

George F. Driscoll, Jr., Esq.
Office of Town Counsel
333 Washington Street
Brookline, MA 02445

_____
Jefferson W. Boone