UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-12092-DPW

SUFFOLK SUPERIOR COURT
Civil Action No.: SUCV2004-03848-A

| | |
|---|---|
| Maria Rosenthal, | ) |
| Anina Rasten | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Brookline, | ) |
| Officer Gregory Gillis, | ) |
| Officer John Canney, | ) |
| Officer John L. Sullivan, | ) |
| Fireman Christopher Merrick, | ) |
| James Cotter | ) |
| Officer John Doe | ) |
|     Defendants. | ) |

PLAINTIFFS' MOTION TO CONTINUE TRIAL

    Now come the plaintiffs and request that the trial of this matter be continued. As reason therefore, they say that plaintiff Maria Rosenthal was admitted to Brigham & Womens Hospital in the early morning of January 6, 2007, reportedly with a blood clot to her lung. As of 3:00 p.m. Sunday, January 7, 2007, she was too ill to speak with counsel on the telephone and is accordingly not likely to be sufficiently recovered to attend court in the near future.

    Ms. Rosenthal is an indispensable witness for the plaintiffs.

                  The plaintiff, by counsel,

                  /s/   Jefferson W. Boone
                  Jefferson W. Boone, BBO #543732
                  BOONE & HENKOFF
                  121 Harvard Avenue, Suite #2
                  Allston, MA. 02134
                  (617) 782-8210

January 7, 2007

## **CERTIFICATE OF SERVICE**

      I, Jefferson W. Boone, do hereby certify that on this January 7, 2007, I served a copy of Plaintiffs' Oppositions to the Defendants' Motion, by e-mail and by hand on January 8, 2007, to counsels and parties of record:

Douglas I. Louison, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110

George F. Driscoll, Jr., Esq.
Office of Town Counsel
333 Washington Street
Brookline, MA 02445

                                                  _____
                                                  Jefferson W. Boone