UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

### DEFENDANT, JOHN L. SULLIVAN'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the defendant, John L. Sullivan, hereby moves that summary judgment be entered in his favor. The defendant states there are no genuine issue of material fact, and he is entitled to judgment as a matter of law.

The defendant relies on the attached memorandum of law in support of his motion.

Defendant, by his attorneys,

/S/ James W. Simpson, Jr.,
Douglas I. Louison   BBO# 545191
James W. Simpson, Jr. BBO#634344
MERRICK & LOUISON
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

UNITED STATES DISTRICT COURT