UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

### DEFENDANTS' SUPPLEMENTAL REQUEST FOR JURY INSTRUCTION

### INSTRUCTION NO. 49

Under M.G.L. c. 209A § 6, arrest shall be the preferred response by police officers in cases of domestic violence whenever an officer witnesses or has probable cause to believe that a person:

(a) has committed a felony;
(b) has committed a misdemeanor involving abuse.......:
(c) has committed an assault and battery in violation of section 13A of chapter two hundred and sixty five.     M.G.L. c. 209A § 6.

    The defendants,
    By their attorneys,

    /S/ James W. Simpson, Jr.
    Douglas I. Louison BBO#545191
    James W. Simpson, Jr. BBO#634344
    MERRICK, LOUISON & COSTELLO
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305