AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____                    EXHIBIT _____

| MARIA ROSENTHAL ET AL | EXHIBIT AND WITNESS LIST |
| V. | |
| TOWN OF BROOKLINE, ET AL | Case Number:  04-12092 |

| PRESIDING JUDGE<br>WOODLOCK | PLAINTIFF'S ATTORNEY<br>BOONE | DEFENDANT'S ATTORNEY<br>SIMPSON |
|---|---|---|
| TRIAL DATE (S)<br>1/10/07 | COURT REPORTER<br>OWENS | COURTROOM DEPUTY<br>RYNNE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 1/10/07 | 1A | X | BOOKING PHOTO OF MARIA ROSENTHAL - SIDE VIEW |
| X | | 1/10/07 | 1B | X | BOOKING PHOTO OF MARIA ROSENTHAL - FRONTAL VIEW |
| X | | 1/10/07 | 2A | X | BOOKING PHOTO OF ANINA RASTEN - SIDE VIEW |
| X | | 1/10/07 | 2B | X | BOOKING PHOTO OF ANINA RASTEN - FRONTAL VIEW |
| X | | 1/10/07 | 7A | X | PHOTO - RASTEN'S HANDS |
| X | | 1/10/07 | 7B | X | PHOTO - ROSENTHAL IN BED |
| X | | 1/10/07 | 7C | X | PHOTO - ROSENTHAL - ARM EXTENDED |
| X | | 1/10/07 | 7D | X | PHOTO - BEDROOM |
| X | | 1/10/07 | 7E | X | PHOTO - COUNTER/EYE GLASSES |
| X | | 1/10/07 | 7F | X | PHOTO - ROSENTHAL'S BACK |
| X | | 1/10/07 | 7G | X | PHOTO - ROSENTHAL'S LEGS |
| X | | 1/10/07 | 7H | X | PHOTO - ROSENTHAL IN HOUSECOAT |
| X | | 1/10/07 | 3A | X | TRANSCRIPT OF 911 TAPES |
| X | | 1/10/07 | 4 | X | CRIMINAL DOCKET - ANINA RASTEN |
| X | | 1/10/07 | 6 | X | MEDICAL RECORDS - ROSENTHAL |
| X | | 1/10/07 | 8 | X | HOUSE BILL NO. 715 |
| X | | 1/10/07 | 5 | X | CRIMINAL DOCKET - MARIA ROSENTHAL |
| X | | 1/11/07 | 10 | X | BAIL RECEIPT |
| | X | 1/11/07 | 3B | X | AUDIO TAPE OF 911 CALL BY MS. ROSENTHAL |
| X | | 1/16/07 | 11 | X | CELL PHONE TELEPHONE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages