AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____   WITNESS _____

| MARIA ROSENTHAL ET AL | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| TOWN OF BROOKLINE, ET AL | Case Number: 04-12092 |

| PRESIDING JUDGE<br>WOODLOCK | PLAINTIFF'S ATTORNEY<br>BOONE | DEFENDANT'S ATTORNEY<br>SIMPSON |
|---|---|---|
| TRIAL DATE (S)<br>1/10/07 | COURT REPORTER<br>OWENS | COURTROOM DEPUTY<br>RYNNE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 1/10/07 | | | ANINA RASTIN |
| X | | 1/11/07 | | | FRANK SMIZICK |
| | X | 1/11/07 | | | GREGORY GILLIS |
| | X | 1/11/07 | | | JOHN CANNEY |
| | X | 1/11/07 | | | CHRISTOPHER MERRICK |
| | X | 1/11/07 | | | PATRICIA CRIPES |
| X | | 1/16/07 | | | MARIA ROSENTHAL |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages