UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIA ROSENTHAL,            )
ANINA RASTEN,               )
     Plaintiffs,            )   CIVIL ACTION NO.
                            )   04-12092-DPW
     v.                     )
                            )
GREGORY GILLIS,             )
JOHN CANNEY, AND            )
CHRISTOPHER MERRICK,        )
     Defendants.

VERDICT

**I.  CLAIMS OF MARIA ROSENTHAL**

A.  Has the plaintiff **Maria Rosenthal** shown by a fair preponderance of the evidence that the defendant **Gregory Gillis**:

(1) Lacked probable cause to arrest her for assault and battery?

   Answer "YES" or "NO"        *NO*

(2) Himself assaulted and battered her?

   Answer "YES" or "NO"        *NO*

(3) Caused her to be falsely imprisoned?

   Answer "YES" or "NO"        *NO*

(4) Maliciously prosecuted her?

   Answer "YES" or "NO"        *YES*

    B.    Has the plaintiff **Maria Rosenthal** shown by a fair preponderance of the evidence that the defendant **John Canney**:

    (1)    Lacked probable cause to arrest her for assault and battery?

        Answer "YES" or "NO"        _____NO_____

    (2)    Caused her to be falsely imprisoned?

        Answer "YES" or "NO"        _____NO_____

    (3)    Maliciously prosecuted her?

        Answer "YES" or "NO"        _____YES_____

   C.   Has the plaintiff **Maria Rosenthal** shown by a fair preponderance of the evidence that the defendant **Christopher Merrick**:

   (1)   Himself assaulted and battered her?
         Answer "YES" or "NO"          NO

   (2)   Caused her to be falsely imprisoned?
         Answer "YES" or "NO"          NO

II.  **CLAIMS OF ANINA RASTEN**

    A.    Has the plaintiff **Anina Rasten** shown by a fair preponderance of the evidence that the defendant **Gregory Gillis**:

    (1)    Lacked probable cause to arrest her for assault and battery?

        Answer "YES" or "NO"        NO

    (2)    Caused her to be falsely imprisoned?

        Answer "YES" or "NO"        NO

    (3)    Maliciously prosecuted her?

        Answer "YES" or "NO"        YES

B.  Has the plaintiff **Anina Rasten** shown by a fair preponderance of the evidence that the defendant **John Canney**:

(1) Lacked probable cause to arrest her for assault and battery?

Answer "YES" or "NO"    NO

(2) Himself assaulted and battered her?

Answer "YES" or "NO"    NO

(3) Caused her to be falsely imprisoned?

Answer "YES" or "NO"    NO

(4) Maliciously prosecuted her?

Answer "YES" or "NO"    YES

If you have answered "NO" to all the Questions in Parts I and II, return your verdict. Otherwise, turn to the Questions in Part III, if you answered "YES" to a Question in Part I and/or to the Questions in Part IV, if you answered "Yes" to a Question in Part II.

III. DAMAGES - MARIA ROSENTHAL

    A.    **Compensatory or Nominal Damages**

What amount of damages, if any, has the plaintiff, **Maria Rosenthal**, established by a fair preponderance of the evidence is appropriate to compensate for or denominate the harm you have found?

Answer separately in dollars or "NONE" as appropriate regarding each defendant:

    Gregory Gillis        $2,500.00

    John Canney          $2,500.00

    Christopher Merrick   NONE

    B.    **Punitive Damages**

If you have answered in dollars as to one or more of the defendants regarding compensatory damages, what amount, if any, punitive damages has the defendant Maria Rosenthal established by a fair preponderance of the evidence to be appropriate as punitive damages for the harm you have found?

Answer in dollars or "NONE" as appropriate regarding each defendant:

    Gregory Gillis        NONE

    John Canney          NONE

    Christopher Merrick   NONE

IV. **DAMAGES - ANINA RASTEN**

   A. **Compensatory or Nominal Damages**

   What amount of damages, if any, has the plaintiff, **Anina Rasten**, established by a fair preponderance of the evidence is appropriate to compensate for or denominate the harm you have found?

   Answer separately in dollars or "NONE" as appropriate regarding each defendant:

   Gregory Gillis          $500.00

   John Canney             $500.00

   B. **Punitive Damages**

   If you have answered in dollars as to one or more of the defendants regarding compensatory or nominal damages, what amount, if any, in punitive damages has the defendant **Anina Rasten** established by a fair preponderance of the evidence to be appropriate as punitive damages for the harm you have found?

   Answer in dollars or "NONE" as appropriate regarding each defendant:

   Gregory Gillis          NONE

   John Canney             NONE

   1/17/2007                       _/s/ Gary S Nisbet_
   DATE                            FOREPERSON
                                   GARY S NISBET