```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
```

MARIA ROSENTHAL
ANINA RASTEN
     Plaintiff
                                    CIVIL ACTION NO. 04-12092-DPW
 v.

TOWN OF BROOKLINE, ET AL
         Defendant

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

   The Court having been advised that the above-entitled action has been settled with respect to all parties;

   IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 30 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **MARCH 12, 2007.**

                                          BY THE COURT,

                                          /S/ Michelle Rynne
DATED: February 9, 2007                   Deputy Clerk