United States District Court of Massachusetts

Docket No 04 1292 -DPW

Rosenthal et.al
  Plaintiffs
vs
Town of Brookline,
  Defendants

Motion for Attorney Fees

Now comes Co-Plaintiff Anina Rasten in the above entitled matter and asks this Honorable court to order all named Defendants to pay Attorney's fee for both Plaintiffs due to the fact that after the trial of five (5) days it had resulted in the jury decision that there was malicious prosecution on the part of the named in this case

-1-

Defendants of the Town of Brookline. Therefore, due to the fact monetary sum had been so little to each in the case severely maliciously prosecuted Plaintiffs elderly and disabled person that there is not enough to pay their attorney legal fees and costs associated with the trial of five (5) days and prior work pertained to it. For this reason it necessary to ask for Plaintiffs' attorney fee to come from the offer of $33,000.00 (thirty three thousands) that had been made during the jury trial from January 8 to January 17, 2007 to this Co-Plaintiff. Wherefore, currently asks this court

to honor her request and order the Defendants to pay Plaintiffs legal attorneys fee from the offer made through her attorney during the trial in order to jury trial would end in the middle of it.

Dated: May 8, 2007

Respectfully by
Anina Rasten
pro se
P.O. Box 1953
Brookline, MA
02446

-3-