United States District Court
District of Massachusetts

Rosenthal, et al
　　　　　　Plaintiff
v
Town of Brookline,
　　　　　Defendant

Civil Action
No 04-12092-DPW

## Motion to Reopen the Above Case

Now comes Co-Plaintiff in the above case who just today May 8, 2007 had learned that there was issued the Settlement Order of Dismissal by the Judge. For this reason asks to Re-open on behalf of both Plaintiff and Co-Plaintiff this matter due to outstanding issues in the

1

above case as there is need to pay Plaintiffs' attorney legal fees and existing default by one of the named Defendant as this co-Plaintiff understands.

Wherefore, this pro se Co-Plaintiff is asking to re-open dated February 9, 2007 "Settlement Order of Dismissal" due to the fact that had not authorised to settle and had **never** received ordered by Jury for the malicious persecution given such a little monetary damage after five (5) days trial.

Dated: May 8, 2007

Respectfully
Amina Rasten
P.O. Box 1953
Brookline, MA 02446
pro-se