UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

## DEFENDANTS, GREGORY GILLIS, JOHN CANNEY, AND CHRISTOPHER MERRICK'S OPPOSITION TO PLAINTIFF'S "MOTION TO REOPEN THE CASE"

Now come the defendants, Gregory Gillis, John Canney and Christopher Merrick, in opposition to the now *pro-se* plaintiff, Anina Rasten's "motion to reopen" the instant action and state as follows:

1. Said action was dismissed by the Court on February 9, 2007 per a settlement order of dismissal.

2. Previously, on February 9, 2007, counsel for the plaintiff Anina Rasten had advised defense counsel that its settlement offer had been accepted by the plaintiffs.

3. A stipulation of dismissal and General Release was forwarded to plaintiffs' counsel that same day for review and signature. The Court was also advised of same. (Exhibit "A")

4. On February 26, 2007, defense counsel wrote to plaintiffs' counsel regarding the status of the execution of the stipulation and release due to the Court's directive. (Exhibit "B") As of this date, neither plaintiff has executed the stipulation of dismissal or release.

5. At no time prior to the filing of the instant motion has plaintiffs' counsel or the plaintiffs themselves, advised that the settlement was unacceptable or that they wished to reopen the action.

Wherefore, the defendants request that the *pro-se* plaintiff's motion to reopen the action be

denied.

        The defendants, Gregory Gillis, John Canney,
Christopher Merrick,
By their attorneys,


/S/   James W. Simpson, Jr.
James W. Simpson, Jr. BBO#634344
Merrick, Louison & Costello, LLP.
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305


CERTIFICATE OF SERVICE

    I, James W. Simpson, Jr.  hereby certify that on the 14th day of May 2007, I served the foregoing by causing a copy to be directed to: **Jefferson W. Boone, Esq.**, BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and Anina Rasten, P.O. Box 1953, Brookline, MA 02446.

        /s/ James W. Simpson, Jr.
        James W. Simpson, Jr.