# MERRICK, LOUISON & COSTELLO, LLP
### ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com

**EXHIBIT "A"**

February 9, 2007

Jefferson W. Boone, Esq.
BOONE & HENKOFF
311 Washington Street
Brighton, MA 02135

RE:   **Maria Rosenthal, et al v. Town of Brookline, et al**
      **USDC CA No.04-12092-DPW**

Dear Attorney Boone:

As we discussed, enclosed please find General Release for your client's review and signature. Kindly advise as to how you wish the settlement draft to be made payable and your firm's tax identification number.

Thank you for your attention to these matters.

Very truly yours,

James W. Simpson, Jr.,

enclosures

MERRICK, LOUISON & COSTELLO, LLP
ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com



February 26, 2007

Jefferson W. Boone, Esq.
BOONE & HENKOFF
311 Washington Street
Brighton, MA 02135

RE: **Maria Rosenthal, et al v. Town of Brookline, et al**
**USDC CA No.04-12092-DPW**

Dear Attorney Boone:

Please advise as to the status of the your client's execution of the release. The Court has set March 12, 2007 for notification of the settlement.

Kindly advise as to how you wish the settlement draft to be made payable and your firm's tax identification number.

Thank you for your attention to these matters.

Very truly yours,

James W. Simpson, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

## DEFENDANTS, GREGORY GILLIS, JOHN CANNEY, AND CHRISTOPHER MERRICK'S OPPOSITION TO PLAINTIFF'S "MOTION FOR ATTORNEY'S FEES"

Now come the defendants, Gregory Gillis, John Canney and Christopher Merrick, in opposition to the now *pro-se* plaintiff[1], Anina Rasten's "motion for attorney's fees" and state as follows:

1. Said action was dismissed by the Court on February 9, 2007 per a settlement order of dismissal.

2. Previously, on February 9, 2007, counsel for the plaintiff Anina Rasten had advised defense counsel that its settlement offer had been accepted by the plaintiffs. Said settlement was inclusive of all claims, demands and attorney's fees.

3. The jury verdict and award against the defendants was on the plaintiffs' state tort claims for malicious prosecution for which attorney's fees are not recoverable.

4. The settlement offer made by the defendants **prior** to trial was specifically rejected by the plaintiffs and should not form the basis for any award or settlement.

Wherefore, the defendants request that the *pro-se* plaintiff's motion to award attorney's fees be denied.

---

[1] As a practical matter, a *pro-se* plaintiff is not entitled to attorneys' fees under Section 1983. Lovell v. Snow, 637 F.2d 170 (1st. Cir. 1981).

        The defendants, Gregory Gillis, John Canney,
Christopher Merrick,
By their attorneys,


/S/   James W. Simpson, Jr.
James W. Simpson, Jr. BBO#634344
Merrick, Louison & Costello, LLP.
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305


CERTIFICATE OF SERVICE

    I, James W. Simpson, Jr.  hereby certify that on the 14th day of May 2007, I served the foregoing by causing a copy to be directed to: **Jefferson W. Boone, Esq.**, BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and Anina Rasten, P.O. Box 1953, Brookline, MA 02446.

        /s/ James W. Simpson, Jr.
        James W. Simpson, Jr.