UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

**MARIA ROSENTHAL, and**
**ANINA RASTEN**
    **Plaintiffs,**

**v.**

**TOWN OF BROOKLINE, OFFICER GREGORY**
**GILLIS, OFFICER JOHN CANNEY, OFFICER**
**JOHN L. SULLIVAN, FIREMAN CHRISTOPHER**
**MERRICK, JAMES COTTER, OFFICER JOHN DOE,**
    **Defendants.**

### DEFENDANTS, GREGORY GILLIS, JOHN CANNEY, AND CHRISTOPHER MERRICK'S OPPOSITION TO PLAINTIFF'S "MOTION FOR ATTORNEY'S FEES"

    Now come the defendants, Gregory Gillis, John Canney and Christopher Merrick, in opposition to the now *pro-se* plaintiff[1], Anina Rasten's "motion for attorney's fees" and state as follows:

1. Said action was dismissed by the Court on February 9, 2007 per a settlement order of dismissal.

2. Previously, on February 9, 2007, counsel for the plaintiff Anina Rasten had advised defense counsel that its settlement offer had been accepted by the plaintiffs. Said settlement was inclusive of all claims, demands and attorney's fees.

3. The jury verdict and award against the defendants was on the plaintiffs' state tort claims for malicious prosecution for which attorney's fees are not recoverable.

4. The settlement offer made by the defendants **prior** to trial was specifically rejected by the plaintiffs and should not form the basis for any award or settlement.

    Wherefore, the defendants request that the *pro-se* plaintiff's motion to award attorney's fees be denied.

---

[1] As a practical matter, a *pro-se* plaintiff is not entitled to attorneys' fees under Section 1983. Lovell v. Snow, 637 F.2d 170 (1st. Cir. 1981).

Canney,

The defendants, Gregory Gillis, John Christopher Merrick,
By their attorneys,

  /S/   James W. Simpson, Jr.
James W. Simpson, Jr. BBO#634344
Merrick, Louison & Costello, LLP.
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, James W. Simpson, Jr. hereby certify that on the 14th day of May 2007, I served the foregoing by causing a copy to be directed to: **Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and Anina Rasten, P.O. Box 1953, Brookline, MA 02446.

/s/ James W. Simpson, Jr.
James W. Simpson, Jr.