United States District Court
District of Massachusetts

| | |
|---|---|
| Rosenthal et al. Plaintiffs<br>v.<br>Town of Brookline et al Defendants | Civil Docket No 04-12092-DPW |

## Response To Opposition To The Motion To Re-Open The Case

This co-Plaintiff on behalf of both respond by stating that opposition doesnot covers that one in default and others DOE defendants because must be re-open. Only in May this co-Plaintiff became aware, i.e. Learned.

1

When filed motion regarding payment of these Plaintiffs' attorney fees. Since after trial of five (5) days jury gave to the co-Plaintiff and the Plaintiff such a small monetary sum that not sufficiant to cover Legal fees of their attorney. In this response to opposition of those named, believed three (3) defendants, who continue to consider that despite Jury verdict of <u>malicious proceeution</u> the Town of Brookline taught them through their respective police and fire academies that "It means I have something to work hard at and be proud of" can be disregarded completely. There are outstanding issues that must be addressed by this court through the Re-opening of this case. Because this

Court entered default for one the named Defendant. There exist fabricated severely police report that need to be reviewed by this Court as well as attorney's fee solution sought by co-Plaintiff on behalf of both. Whereas the Re-opening of the case will permit all this

Dated: May 22, 2007

Respectfully submitted

*Anina Rast*

ANINA RASTEN
P.O. Box 1953
Brookline, MA
02146

3