UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-12092-DPW

MARIA ROSENTHAL, and
ANINA RASTEN
    Plaintiffs,

v.

TOWN OF BROOKLINE, OFFICER GREGORY
GILLIS, OFFICER JOHN CANNEY, OFFICER
JOHN L. SULLIVAN, FIREMAN CHRISTOPHER
MERRICK, JAMES COTTER, OFFICER JOHN DOE,
    Defendants.

### STIPULATION OF DISMISSAL

The plaintiffs, Maria Rosenthal and Anina Rasten and the defendants, Town of Brookline, Gregory Gillis, John Caney and Christopher Merrick, the above-captioned case hereby stipulate pursuant to Fed. R. Civ. P. 41 (a) (1) and 41(c) that this action, including any and all claims set forth in any and all pleadings, including all counter claims, cross claims and/or third party complaints as against the defendants be dismissed with prejudice, without costs or attorney's fees, and with all rights of appeal being waived.

Plaintiffs
By their attorney,

_____
Jefferson Boone, Esq.
Boone & Henkoff
311 Washington Street
Brighton, MA

*11/8/07 nunc pro tunc to 3/12/07*

The defendant, Town of Brookline et al.,
By their attorneys,

_____
James W. Simpson, Jr., Esq.
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

*11-6-07 nunc pro tunc to 3-12-07*