UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIA ROSENTHAL, ANNIA RASTEN
                    Plaintiffs,

v.                                          Civil Action No. 04-cv-12092-DPW

TOWN OF BROOKLINE et al.

DEFENDANT'S MOTION FOR EXTENSION TO FILE SETTLEMENT DRAFT

      Now comes the defendant, Town of Brookline and moves for an extension of time to file the settlement draft with the Court to November 16, 2007. As grounds therefor, the defendant states that additional time is required to obtain the settlement funds from the Town's comptroller's office.

      Wherefor, the defendant respectfully requests that it be allowed to deposit the settlement draft with the Court on November 16, 2007.

                                            The defendant, Town of Brookline,
                                            By its attorney,

                                            /s/ James W. Simpson, Jr.
                                            James W. Simpson, Jr. BBO#634344
                                            11 Richard Street
                                            Attleboro, MA 02703
                                            617-548-6758

**Certificate of Service**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 9, 2007.

                                            /s/ James W. Simpson, Jr.