UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MARIA ROSETHAL and
ANINA RASTEN,
    Plaintiffs,

    v.                            CIVIL ACTION
                                    04-12092-DPW

TOWN OF BROOKLINE ET AL,
    Defendants.

**ORDER FOR DEPOSIT OF FUNDS INTO**
**THE REGISTRY OF THE COURT**
November 20, 2007

WOODLOCK, District Judge

    In accordance with this court's rulings made on the record at a hearing held on November 6, 2007:

    IT IS HEREBY ORDERED THAT the Town of Brookline shall deposit the sum of $8,000.00 in the Registry of the Court for transfer into an interest bearing account.

                                        */s/ Douglas P. Woodlock*

                                        Douglas P. Woodlock

                                        United States District Judge

