UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-12092-DPW

SUFFOLK SUPERIOR COURT
Civil Action No.: SUCV2004-03848-A

FILED
IN CLERK'S OFFICE
2007 DEC 26  A 10: 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Maria Rosenthal, | ) |
| Anina Rasten | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Brookline, et al. | ) |
|     Defendants. | ) |

PLAINTIFFS' REQUEST FOR RELEASE OF FUNDS

Now come the plaintiffs and request that settlement proceeds paid into court by the defendants, having been held by the court for more than thirty days no other claim having been made on them be released to the plaintiff's counsel for disbursement to the plaintiffs and their counsel, pursuant to the previous orders of this court.

The plaintiffs, by counsel,

/s/ Jefferson W. Boone

Jefferson W. Boone, BBO #543732
BOONE & HENKOFF
121 Harvard Avenue, Suite #2
Allston, MA. 02134
(617) 782-8210

December 21, 2007

CERTIFICATE OF SERVICE

I, Jefferson W. Boone, do hereby certify that on this December 21, 2007, 2007, I served a copy of the foregoing, and first class mail, to counsels and parties of record:

Douglas I. Louison, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110

/s/ Jefferson W. Boone