UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.04-12092-DPW

**MARIA ROSENTHAL, and**
**ANINA RASTEN**
   Plaintiffs,

v.

**TOWN OF BROOKLINE, OFFICER GREGORY**
**GILLIS, OFFICER JOHN CANNEY, OFFICER**
**JOHN L. SULLIVAN, FIREMAN CHRISTOPHER**
**MERRICK, JAMES COTTER, OFFICER JOHN DOE,**
   Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

I, Douglas I. Louison, hereby withdraw my appearance on behalf of the defendants, Town of Brookline, Gregory Gillis, John Canney, John L. Sullivan, and Christopher Merrick in the captioned matter.

Defendants,
By their attorney,

/s/ Douglas I. Louison
Douglas I. Louison (BBO # 545191)
Louison, Costello, Condon & Pfaff, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 8th day of January, 2008, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: **Jefferson W. Boone, Esq.,** BOONE & HENKOFF, 311 Washington Street, Brighton, MA 02135 and **Anina Rasten**, P.O. Box 1953, Brookline, MA 02446 and **George Driscoll, Jr., Esq.**, Town of Brookline, 333 Washington Street, Brookline, MA 02146 and James Cotter, 61 Park Street, #4, Brookline, MA 02146.

/s/ Douglas I. Louison
Douglas I. Louison