United States District Court District of Massachusetts

Docket No CV-04-12092-DPW

Rosenthal et al,
  Plaintiffs

V.

Town of Brookline, et al ~~the Defendants~~

Ex Parte Motion To Notice of Withdrawal of Appearance of Lead Attorney for Town of Brookline and To Re-open the case.

---

This is an opposition motion to the lead counsel for those

named in the captioned matter notice to withdraw as attorney for the Defendants on the case. In order to obtain accountability prior to such filed notice will be permitted. There is extreme necessity that the lead counsel Douglas I. Louison will show to this Honorable Court the accountability. Because the Louison, Costello, Condon& Pfaff, LLP had been representing Town of Brookline et.al. for the more than ten (10) years. For this co-Plaintiff along with

the Plaintiff respectfully is seeking to show the accountability regarding the fact that the lead counsel of the above lawfirm in Boston had been aware of the fact that the police report filed by named defendants in the captioned matter had been concosted as well as heavely fabricated. For this reason prior to the withdrawal of the lead counsel per his notice duty request that there will be

produced his personal and legal accountability that this court saw the truth gathering facts on how Town of Brookline for number of years had been permitting concosting and/or fabricating police reports against town citizens that they able to oppresed and perseeute in the Town of Brookline Municipal Court. And thus, avoid any accounta-

bility from any independant and or state agencies in Massachusetts. Wherefore, asks to open the case and allow this motion in opposition per received the notice of withdrawal of the lead counsel who represented Town of Brookline et al in this captioned matter.

Dated: January 18, 2008

Submitted y
Amina Rasten
pro se
P.O. Box 1953
Brookline, MA
02446