United States District Court District of Massachusetts

Civil Action No
04-CV-12092-DPW

Rosenthal et al.
           Plaintiffs
V

Town of Brookline
     et al Defendants

---

Ex-Parte Motion For the Hearing

Now comes co-Plaintiff who had learned that court was Informed that she is hard to be reached.

(2)

via mail and thus says that had not changed her mailing address at anytime. For this reason is asking to schedule for 2 p.m. Hearing per this needed request in order to this named co-Plaintiff could show to this Honorable Court that the Notice of withdrawal of Attorney Douglas I. Louison dated January 8, 2008 reached her only after above date. For this reason seeks that her quest bring accountability and other issues outstanding in this captioned matter to be

heard in order to generate truth.

As was denied that opportunity on November 6, 2007.

Wherefore, asks for Hearing.

Dated: January 23, 2008

Submitted
Antwa Rasten
P.O. Box 1953
Brookline, MA
02446.